United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 17, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>STEWARD HEALTH CARE SYSTEM LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-90213 (CML)<br><br>(Jointly Administered) |
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>RALPH DE LA TORRE, MICHAEL CALLUM, JAMES KARAM, MARK RICH SANJAY SHETTY, STEWARD HEALTH CARE INVESTORS LLC, STEWARD HEALTH CARE INTERNATIONAL S.L., SPARTA HOLDING CO. LLC, MULLET II LTD., MULLET II LLC, 5326 OLD BUENA VISTA ROAD LLC, RDLT-SHCI INVESTOR LLC, TENET HEALTHCARE CORPORATION, AND SEBRIEL LLC,<br><br>Defendants. | Adv. Pro. No. 25-03593 (CML) |

**ORDER**

The Court has considered the *Motion for Leave to File Under Seal* (the "**Motion**") filed by Mark Kronfeld as Trustee of the SHC Creditor Litigation Trust (the "**Litigation Trustee**") in the above-captioned Adversary Proceeding. Notice of the Motion is appropriate, and good cause exists to grant the requested relief under Bankruptcy Code Section 107(b). It is therefore:

**ORDERED** that the Litigation Trustee is authorized to file his unredacted Amended Complaint in the Adversary Proceeding under seal.

Signed: December 17, 2025

Christopher Lopez
United States Bankruptcy Judge