IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 11** |
| **STEWARD HEALTH CARE SYSTEM LLC**, *et al.*, | ) | |
| | ) | **Case No. 24-90213 (CML)** |
| Debtors. | ) | |
| | ) | **(Jointly Administered)** |
| | ) | |
| **MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,** | ) | |
| | ) | |
| | ) | **Adv. Pro. No. 25-03593 (CML)** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DE LA TORRE,** *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER TO AMENDED COMPLAINT[1]**

Dr. Sanjay Shetty ("Dr. Shetty" or "Defendant"), by his undersigned counsel, hereby files

this Answer to the Amended Complaint filed by Mark Kronfeld, as Trustee of the SHC Creditor

Litigation Trust on behalf of Steward Health Care System LLC ("SHC System"), Steward Health

Care Holdings LLC ("SHC Holdings"), and Steward Health Care Network, Inc. ("SHC Network")

(together, the "Plaintiffs"), as debtors and debtors-in-possession in the above-captioned Chapter

11 case filed on July 15, 2025.

Except as expressly admitted below, Dr. Shetty denies each and every allegation in the

Amended Complaint.  Any references to headings as they appear in the Amended Complaint are

---

[1]   This Answer does not specifically address the footnotes from the Amended Complaint, to which no response is required.  To the extent a response is required to any of allegations contained in the footnotes from the Amended Complaint, they are denied.

not an admission as to the truth of those statements.  Dr. Shetty expressly reserves the right to amend or supplement this Answer.

## STATEMENT PURSUANT TO
## BANKRUPTCY RULE 7012(B), LOCAL RULE 7012-1

In submitting this Answer and Affirmative Defenses, Dr. Shetty does not consent to the entry of final orders or judgments by the Court.

## SUMMARY OF ACTION

1.      The allegations of Paragraph 1 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Chapter 11 case and the Amended Complaint and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 1.

2.      The allegations of Paragraph 2 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 and on that basis denies the allegations.

3.      The allegations of Paragraph 3 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3 and on that basis denies the allegations.

4.      The allegations of Paragraph 4 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is

required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 and on that basis denies the allegations.

5. The allegations of Paragraph 5 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 5.

### In 2016, de la Torre and Cerberus sell Steward's real estate and divert the proceeds, leaving Steward an empty husk.[2]

6. The allegations of Paragraph 6 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 and on that basis denies the allegations.

7. The allegations of Paragraph 7 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 and on that basis denies the allegations.

8. The allegations of Paragraph 8 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 8.

---

[2] Dr. Shetty includes the headers used in the Amended Complaint for ease of reference, but does not admit that such headers constitute allegations requiring a response. To the extent a response is required to the headers in the Amended Complaint, Dr. Shetty denies any such allegations.

9.      The allegations of Paragraph 9 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 and on that basis denies the allegations.

10.      The allegations of Paragraph 10 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 10.

**De la Torre pays off Cerberus starting in May 2020, setting Steward insiders up for another payday despite the pandemic.**

11.      The allegations of Paragraph 11 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11 and on that basis denies the allegations.

12.      The allegations of Paragraph 12 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12 and on that basis denies the allegations.

13.      The allegations of Paragraph 13 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint,

4

and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 13.

14.     The allegations of Paragraph 14 of the Amended Complaint are not pleaded against Dr. Shetty and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14 and on that basis denies the allegations.

**De la Torre pushes through another dividend, further stripping Steward of any remaining value.**

15.     The allegations of Paragraph 15 of the Amended Complaint are not pleaded against Dr. Shetty and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15 and on that basis denies the allegations.

16.     Dr. Shetty admits that he received a transfer from SHC Investors and that he held the referenced positions at that time, but otherwise presently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 16 and on that basis denies the allegations.

17.     The allegations of Paragraph 17 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 17.

**In 2021, de la Torre recklessly causes Steward to vastly overpay Tenet for troubled Miami hospitals.**

18.     The allegations of Paragraph 18 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is

5

required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 18 and on that basis denies the allegations.

19. The allegations of Paragraph 19 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19 and on that basis denies the allegations.

20. The allegations of Paragraph 20 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20 and on that basis denies the allegations.

21. The allegations of Paragraph 21 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21 and on that basis denies the allegations.

**De la Torre and others strip away Steward's value-based care business and sell it to CareMax, diverting most of the proceeds to themselves.**

22. The allegations of Paragraph 22 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 22.

23.     Dr. Shetty admits to having received shares in CareMax.  All other allegations of Paragraph 23 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the remaining allegations of Paragraph 23.

24.     The allegations of Paragraph 24 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 24.

25.     The allegations of Paragraph 25 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 25.

**De la Torre and others strip Steward's medical malpractice insurer of assets to paper over cash shortfalls they created.**

26.     The allegations of Paragraph 26 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26 and on that basis denies the allegations.

27.     The allegations of Paragraph 27 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 27 and on that basis denies the allegations.

28.	The allegations of Paragraph 28 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 28 and on that basis denies the allegations.

29.	The allegations of Paragraph 29 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 29.

30.	The allegations of Paragraph 30 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 30.

## **PARTIES**

31.	Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 31 and on that basis denies the allegations.

32.	The allegations of Paragraph 32 of the Amended Complaint are not pleaded against Dr. Shetty and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 and on that basis denies the allegations.

33.	The allegations of Paragraph 33 of the Amended Complaint are not pleaded against Dr. Shetty and, as such, do not require a response.  To the extent a response is required, Dr. Shetty

presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 33 and on that basis denies the allegations.

34. The allegations of Paragraph 34 of the Amended Complaint are not pleaded against Dr. Shetty and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34 and on that basis denies the allegations.

35. The allegations of Paragraph 35 of the Amended Complaint are not pleaded against Dr. Shetty and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35 and on that basis denies the allegations.

36. Dr. Shetty admits that he served as the President of SHC System from March 2021 until February 2023. Dr. Shetty admits that he was a member of the Board of Directors of SHC Network, but denies the allegation that he held such role "at all times relevant to the CareMax Transaction."

37. The allegations of Paragraph 37 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37 and on that basis denies the allegations.

38. The allegations of Paragraph 38 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38 and on that basis denies the allegations.

39.     The allegations of Paragraph 39 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 39 and on that basis denies the allegations.

40.     The allegations of Paragraph 40 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 40 and on that basis denies the allegations.

41.     The allegations of Paragraph 41 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41 and on that basis denies the allegations.

42.     The allegations of Paragraph 42 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 42 and on that basis denies the allegations.

43.     The allegations of Paragraph 43 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 43 and on that basis denies the allegations.

44.     The allegations of Paragraph 44 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty

presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 44 and on that basis denies the allegations.

45.     The allegations of Paragraph 45 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45 and on that basis denies the allegations.

## JURISDICTION AND VENUE

46.     The allegations of Paragraph 46 of the Amended Complaint assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 46.

47.     The allegations of Paragraph 47 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 47.

48.      The allegations of Paragraph 48 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 48.  Further, Dr. Shetty does not consent to entry of final orders and judgments by this Court in this adversary proceeding pursuant to Bankruptcy Rule 7012(b) and Local Rule 7012-1.

49.     The allegations of Paragraph 49 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint and assert conclusions of law and, as

11

such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 49.

50.     The allegations of Paragraph 50 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 50 as they relate to Dr. Shetty.  To the extent they relate to other defendants, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 50 and on that basis denies the allegations.

## FACTUAL ALLEGATIONS

A. **De la Torre spearheads Cerberus' acquisition of a group of struggling non-profit Massachusetts hospitals in 2010 and rebrands as "Steward Health Care."**

51.     The allegations of Paragraph 51 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51 and on that basis denies the allegations.

52.     The allegations of Paragraph 52 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 52 and on that basis denies the allegations.

53.     The allegations of Paragraph 53 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 53.

54.     Dr. Shetty admits to having received Class B shares from SHC Investors but otherwise presently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 54 and on that basis denies the allegations.

55.     The allegations of Paragraph 55 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations in Paragraph 55.

56.     The allegations of Paragraph 56 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 56 and on that basis denies the allegations.

57.     The allegations of Paragraph 57 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 57 and on that basis denies the allegations.

B. **De la Torre's vision for Steward fails from the start.**

58.     The allegations of Paragraph 58 of the Amended constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 58 and on that basis denies the allegations.

13

59.     The allegations of Paragraph 59 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 59 and on that basis denies the allegations.

60.     The allegations of Paragraph 60 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 60 and on that basis denies the allegations.

61.     The allegations of Paragraph 61 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 61 and on that basis denies the allegations.

62.     The allegations of Paragraph 62 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 62 and on that basis denies the allegations.

63.     The allegations of Paragraph 63 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is

14

required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 63 and on that basis denies the allegations.

64.     The allegations of Paragraph 64 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 64 and on that basis denies the allegations.

65.     The allegations of Paragraph 65 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 65 and on that basis denies the allegations.

66.     The allegations of Paragraph 66 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 66 and on that basis denies the allegations.

C.  **De la Torre creates a pass-through entity to pay his exorbitant salary and private jet travel.**

67.     The allegations of Paragraph 67 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 67 and on that basis denies the allegations.

68.     The allegations of Paragraph 68 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68 and on that basis denies the allegations.

69.     The allegations of Paragraph 69 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 69 and on that basis denies the allegations.

D. **De la Torre and other insiders siphon off nearly $800 million through the 2016 Dividend.**

70.     The allegations of Paragraph 70 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 70 and on that basis denies the allegations.

71.     The allegations of Paragraph 71 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 71.

1. **Cerberus and de la Torre unsuccessfully explore bank financing for a recapitalization deal to fund a large dividend.**

72.     The allegations of Paragraph 72 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty

presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 72 and on that basis denies the allegations.

73.     The allegations of Paragraph 73 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73 and on that basis denies the allegations.

74.     The allegations of Paragraph 74 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 74 and on that basis denies the allegations.

75.     The allegations of Paragraph 75 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 75 and on that basis denies the allegations.

76.     The allegations of Paragraph 76 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 76 and on that basis denies the allegations.

77.     The allegations of Paragraph 77 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 77 and on that basis denies the allegations.

78.    The allegations of Paragraph 78 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 78 and on that basis denies the allegations.

79.    The allegations of Paragraph 79 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 79 and on that basis denies the allegations.

80.    The allegations of Paragraph 80 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 80 and on that basis denies the allegations.

81.    The allegations of Paragraph 81 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 81 and on that basis denies the allegations.

82.    The allegations of Paragraph 82 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 82 and on that basis denies the allegations.

**2. De la Torre convinces MPT to finance the dividend recapitalization through the 2016 Transaction.**

83.    The allegations of Paragraph 83 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty

presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 83 and on that basis denies the allegations.

84. The allegations of Paragraph 84 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 84 and on that basis denies the allegations.

### 3. Despite the obvious risk of insolvency, Steward declines to get a solvency opinion, and the SHC System Board recklessly approves the 2016 Transaction.

85. The allegations of Paragraph 85 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 85 and on that basis denies the allegations.

86. The allegations of Paragraph 86 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 86 and on that basis denies the allegations.

87. The allegations of Paragraph 87 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 87 and on that basis denies the allegations.

88. The allegations of Paragraph 88 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 88 and on that basis denies the allegations.

89. The allegations of Paragraph 89 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 89 and on that basis denies the allegations.

90. The allegations of Paragraph 90 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 90 and on that basis denies the allegations.

91. The allegations of Paragraph 91 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 91 and on that basis denies the allegations.

92. The allegations of Paragraph 92 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 92 and on that basis denies the allegations.

93. The allegations of Paragraph 93 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 93 and on that basis denies the allegations.

94. The allegations of Paragraph 94 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty

presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 94 and on that basis denies the allegations.

95. The allegations of Paragraph 95 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 95 and on that basis denies the allegations.

96. The allegations of Paragraph 96 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 96 and on that basis denies the allegations.

97. The allegations of Paragraph 97 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 97 and on that basis denies the allegations.

98. The allegations of Paragraph 98 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 98 and on that basis denies the allegations.

99. The allegations of Paragraph 99 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty

presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 99 and on that basis denies the allegations.

100.    The allegations of Paragraph 100 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 100 and on that basis denies the allegations.

101.    The allegations of Paragraph 101 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 101 and on that basis denies the allegations.

102.    The allegations of Paragraph 102 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 102 and on that basis denies the allegations.

103.    The allegations of Paragraph 103 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 103 and on that basis denies the allegations.

104.    The allegations of Paragraph 104 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 104 and on that basis denies the allegations.

105.     The allegations of Paragraph 105 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 105 and on that basis denies the allegations.

106.     The allegations of Paragraph 106 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 106 and on that basis denies the allegations.

107.     The allegations of Paragraph 107 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 107 and on that basis denies the allegations.

108.     The allegations of Paragraph 108 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 108 and on that basis denies the allegations.

109.     The allegations of Paragraph 109 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 109 and on that basis denies the allegations.

110.     The allegations of Paragraph 110 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 110 and on that basis denies the allegations.

111. The allegations of Paragraph 111 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 111 and on that basis denies the allegations.

112. The allegations of Paragraph 112 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 112 and on that basis denies the allegations.

113. The allegations of Paragraph 113 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 113 and on that basis denies the allegations.

114. The allegations of Paragraph 114 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 114 and on that basis denies the allegations.

115. The allegations of Paragraph 115 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 115 and on that basis denies the allegations.

116.     The allegations of Paragraph 116 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 116 and on that basis denies the allegations.

117.     The allegations of Paragraph 117 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 117 and on that basis denies the allegations.

118.     The allegations of Paragraph 118 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 118 and on that basis denies the allegations.

119.     The allegations of Paragraph 119 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 119 and on that basis denies the allegations.

120.     The allegations of Paragraph 120 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 120 and on that basis denies the allegations.

> **4. The 2016 Transaction closes and Steward pays a nearly $800 million dividend.**

25

121. The allegations of Paragraph 121 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 121 and on that basis denies the allegations.

122. The allegations of Paragraph 122 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 122 and on that basis denies the allegations.

123. The allegations of Paragraph 123 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 123 and on that basis denies the allegations.

124. The allegations of Paragraph 124 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 124 and on that basis denies the allegations.

125. The allegations of Paragraph 125 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 125 and on that basis denies the allegations.

126. The allegations of Paragraph 126 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 126 and on that basis denies the allegations.

127.    The allegations of Paragraph 127 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 127 and on that basis denies the allegations.

128.    The allegations of Paragraph 128 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 128 and on that basis denies the allegations.

129.    The allegations of Paragraph 129 of the Amended Complaint assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 129 and on that basis denies the allegations.

130.    Dr. Shetty admits that he received a dividend payment on or around October 3, 2016, but otherwise presently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 130 and on that basis denies those allegations.

131.    Dr. Shetty admits that he received a dividend payment on or around October 13, 2016, but otherwise presently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 131 and on that basis denies those allegations.

132.    The allegations of Paragraph 132 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of

27

law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations in Paragraph 132.

### 5. SHC System never recovered from the 2016 Transaction and 2016 Dividend.

133.    The allegations of Paragraph 133 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 133 and on that basis denies the allegations.

134.    The allegations of Paragraph 134 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 134 and on that basis denies the allegations.

135.    The allegations of Paragraph 135 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 135 and on that basis denies the allegations.

136.    The allegations of Paragraph 136 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 136 and on that basis denies the allegations.

137.     The allegations of Paragraph 137 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 137 and on that basis denies the allegations.

138.     The allegations of Paragraph 138 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 138 and on that basis denies the allegations.

139.     The allegations of Paragraph 139 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 139 and on that basis denies the allegations.

140.     The allegations of Paragraph 140 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 140 and on that basis denies the allegations.

141.     The allegations of Paragraph 141 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 141 and on that basis denies the allegations.

142.     The allegations of Paragraph 142 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 142 and on that basis denies the allegations.

143.    The allegations of Paragraph 143 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 143 and on that basis denies the allegations.

144.    The allegations of Paragraph 144 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 144 and on that basis denies the allegations.

145.    The allegations of Paragraph 145 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 145 and on that basis denies the allegations.

E. **De la Torre begins the process of buying out Cerberus through the May 2020 Transactions.**

146.    The allegations of Paragraph 146 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 146 and on that basis denies the allegations.

147.    The allegations of Paragraph 147 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 147 and on that basis denies the allegations.

        **1.  Steward's pre-COVID projections for 2020 hinge on overcoming negative trends and successfully implementing operational changes.**

148.    The allegations of Paragraph 148 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 148 and on that basis denies the allegations.

149.    The allegations of Paragraph 149 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 149 and on that basis denies the allegations.

150.    The allegations of Paragraph 150 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 150 and on that basis denies the allegations.

151.    The allegations of Paragraph 151 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 151 and on that basis denies the allegations.

        **2.  The Covid-19 pandemic makes the prior projections impossible and threatens to destroy Steward.**

152.    The allegations of Paragraph 152 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

31

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 152 and on that basis denies the allegations.

153. The allegations of Paragraph 153 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 153 and on that basis denies the allegations.

154. The allegations of Paragraph 154 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 154 and on that basis denies the allegations.

155. The allegations of Paragraph 155 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 155 and on that basis denies the allegations.

156. The allegations of Paragraph 156 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 156 and on that basis denies the allegations.

157. The allegations of Paragraph 157 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 157 and on that basis denies the allegations.

158.     The allegations of Paragraph 158 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 158 and on that basis denies the allegations.

159.     The allegations of Paragraph 159 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 159 and on that basis denies the allegations.

160.     The allegations of Paragraph 160 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 160 and on that basis denies the allegations.

161.     The allegations of Paragraph 161 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 161 and on that basis denies the allegations.

162.     The allegations of Paragraph 162 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 162 and on that basis denies the allegations.

163.     The allegations of Paragraph 163 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 163 and on that basis denies the allegations.

164.    The allegations of Paragraph 164 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 164 and on that basis denies the allegations.

165.    The allegations of Paragraph 165 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 165 and on that basis denies the allegations.

### 3. Cerberus writes down the value of its equity stake in Steward, but its stake became worthless by April 2020.

166.    The allegations of Paragraph 166 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 166 and on that basis denies the allegations.

167.    The allegations of Paragraph 167 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 167 and on that basis denies the allegations.

168.    The allegations of Paragraph 168 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 168 and on that basis denies the allegations.

169. The allegations of Paragraph 169 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 169 and on that basis denies the allegations.

170. The allegations of Paragraph 170 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 170 and on that basis denies the allegations.

171. The allegations of Paragraph 171 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 171 and on that basis denies the allegations.

172. The allegations of Paragraph 172 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 172 and on that basis denies the allegations.

173. The allegations of Paragraph 173 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 173 and on that basis denies the allegations.

**4. As part of de la Torre's plan to remove Cerberus, he structures the May 2020 Transactions to allow Cerberus to seize value for its worthless equity and improve its standing in a Steward bankruptcy.**

174. The allegations of Paragraph 174 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 174 and on that basis denies the allegations.

175.  The allegations of Paragraph 175 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 175 and on that basis denies the allegations.

176.  The allegations of Paragraph 176 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 176 and on that basis denies the allegations.

177.  The allegations of Paragraph 177 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 177 and on that basis denies the allegations.

178.  The allegations of Paragraph 178 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 178 and on that basis denies the allegations.

179.  The allegations of Paragraph 179 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a

response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 179 and on that basis denies the allegations.

180.     The allegations of Paragraph 180 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 180 and on that basis denies the allegations.

181.     The allegations of Paragraph 181 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 181 and on that basis denies the allegations.

182.     The allegations of Paragraph 182 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 182 and on that basis denies the allegations.

183.     The allegations of Paragraph 183 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 183 and on that basis denies the allegations.

### 5. SHC System's Board rubber-stamps the May 2020 Transactions after de la Torre sends the Board incomplete materials about the transactions.

184.     The allegations of Paragraph 184 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

37

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 184 and on that basis denies the allegations.

185. The allegations of Paragraph 185 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 185 and on that basis denies the allegations.

186. The allegations of Paragraph 186 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 186 and on that basis denies the allegations.

187. The allegations of Paragraph 187 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 187 and on that basis denies the allegations.

188. The allegations of Paragraph 188 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 188 and on that basis denies the allegations.

189. The allegations of Paragraph 189 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 189 and on that basis denies the allegations.

**6. The three-legged May 2020 Transactions close on May 12, 2020, and make Steward's bleak financial condition even worse.**

190.    The allegations of Paragraph 190 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 190 and on that basis denies the allegations.

191.    The allegations of Paragraph 191 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 191 and on that basis denies the allegations.

192.    The allegations of Paragraph 192 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 192 and on that basis denies the allegations.

193.    The allegations of Paragraph 193 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 193 and on that basis denies the allegations.

194.    The allegations of Paragraph 194 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 194 and on that basis denies the allegations.

195.    The allegations of Paragraph 195 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a

response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 195 and on that basis denies the allegations.

196.    The allegations of Paragraph 196 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 196 and on that basis denies the allegations.

197.    The allegations of Paragraph 197 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 197 and on that basis denies the allegations.

198.    The allegations of Paragraph 198 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 198 and on that basis denies the allegations.

199.    The allegations of Paragraph 199 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 199 and on that basis denies the allegations.

200.    The allegations of Paragraph 200 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 200 and on that basis denies the allegations.

201.  The allegations of Paragraph 201 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 201 and on that basis denies the allegations.

202.  The allegations of Paragraph 202 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 202 and on that basis denies the allegations.

203.  The allegations of Paragraph 203 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 203 and on that basis denies the allegations.

204.  The allegations of Paragraph 204 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 204 and on that basis denies the allegations.

205.  The allegations of Paragraph 205 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 205 and on that basis denies the allegations.

206.  The allegations of Paragraph 206 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 206 and on that basis denies the allegations.

207. The allegations of Paragraph 207 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 207 and on that basis denies the allegations.

208. The allegations of Paragraph 208 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 208 and on that basis denies the allegations.

209. The allegations of Paragraph 209 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 209 and on that basis denies the allegations.

210. The allegations of Paragraph 210 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 210 and on that basis denies the allegations.

211. The allegations of Paragraph 211 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 211 and on that basis denies the allegations.

**7. When he completed the May 2020 Transactions and took control of Steward, de la Torre arranged for Cerberus to received (sic) hundreds of millions dollars (sic) more through by paying off the note.**

212.    The allegations of Paragraph 212 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 212 and on that basis denies the allegations.

213.    The allegations of Paragraph 213 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 213 and on that basis denies the allegations.

214.    The allegations of Paragraph 214 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 214 and on that basis denies the allegations.

215.    The allegations of Paragraph 215 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 215 and on that basis denies the allegations.

216.    The allegations of Paragraph 216 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 216 and on that basis denies the allegations.

F.  **Once de la Torre overcame Cerberus' ability to block a distribution, he and others immediately take out the $111 Million Distribution from the already insolvent company.**

43

217.     The allegations of Paragraph 217 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 217.

**1. De la Torre restructures Steward to facilitate a distribution.**

218.     The allegations of Paragraph 218 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 218 and on that basis denies the allegations.

219.     The allegations of Paragraph 219 of the Amended Complaint do not appear to be pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 219 and on that basis denies the allegations.

220.     Dr. Shetty admits that he was unaware of any plans referenced in Paragraph 220. The remaining allegations of Paragraph 220 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 220 and on that basis denies the allegations.

221.     The allegations of Paragraph 221 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 221 and on that basis denies the allegations.

44

222.    The allegations of Paragraph 222 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 222 and on that basis denies the allegations.

223.    The allegations of Paragraph 223 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 223 and on that basis denies the allegations.

224.    The allegations of Paragraph 224 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 224 and on that basis denies the allegations.

225.    The allegations of Paragraph 225 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 225 and on that basis denies the allegations.

### 2. The Redemption Agreement is signed as a prerequisite for the coming distribution.

226.    The allegations of Paragraph 226 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 226 and on that basis denies the allegations.

227.    The allegations of Paragraph 227 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 227 and on that basis denies the allegations.

228. The allegations of Paragraph 228 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 228 and on that basis denies the allegations.

229. The allegations of Paragraph 229 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 229.

230. The allegations of Paragraph 230 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 230 and on that basis denies the allegations.

231. The allegations of Paragraph 231 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 231 and on that basis denies the allegations.

### 3. De la Torre authorizes the $111 Million Distribution and paves the way for the 2021 Dividend Transfer.

232. The allegations of Paragraph 232 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 232 and on that basis denies the allegations.

233. The allegations of Paragraph 233 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 233 and on that basis denies the allegations.

234. The allegations of Paragraph 234 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 234 and on that basis denies the allegations.

235. Dr. Shetty admits that he received a dividend payment on or about January 8, 2021, but otherwise presently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 235 and on that basis denies the allegations.

236. The allegations of Paragraph 236 of the Amended Complaint are not pleaded against Dr. Shetty and constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 236 and on that basis denies the allegations.

237. The allegations of Paragraph 237 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 237.

**4. De la Torre enjoys the fruits of the 2021 Dividend Transfer.**

238. The allegations of Paragraph 238 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 238 and on that basis denies the allegations.

239.    The allegations of Paragraph 239 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 239 and on that basis denies the allegations.

240.    The allegations of Paragraph 240 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 240 and on that basis denies the allegations.

241.    The allegations of Paragraph 241 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 241 and on that basis denies the allegations.

242.    The allegations of Paragraph 242 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 242 and on that basis denies the allegations.

**5.  SHC System is insolvent when it makes the 2021 Dividend Transfer.**

243.    Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 243 and on that basis denies the allegations.

244.    Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 244 and on that basis denies the allegations.

245. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 245 and on that basis denies the allegations.

246. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 246 and on that basis denies the allegations.

247. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 247 and on that basis denies the allegations.

248. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 248 and on that basis denies the allegations.

G. **De la Torre causes Steward to overpay for five Miami-area hospitals.**

249. The allegations of Paragraph 249 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 249 and on that basis denies the allegations.

250. The allegations of Paragraph 250 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 250 and on that basis denies the allegations.

1. **SHC System agrees to buy the Miami Hospitals for $1.1 billion**

251. The allegations of Paragraph 251 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 251 and on that basis denies the allegations.

252.     The allegations of Paragraph 252 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 252 and on that basis denies the allegations .

253.     The allegations of Paragraph 253 of the Amended Complaint assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 253 and on that basis denies the allegations .

254.     The allegations of Paragraph 254 of the Amended Complaint assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 254 and on that basis denies the allegations .

255.     The allegations of Paragraph 255 of the Amended Complaint assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 255 and on that basis denies the allegations.

256.     The allegations of Paragraph 256 of the Amended Complaint assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 256 and on that basis denies the allegations.

**2.  De la Torre's pursuit of the Miami Hospitals was reckless.**

257.     The allegations of Paragraph 257 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

50

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 257 and on that basis denies the allegations.

258.     The allegations of Paragraph 258 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 258 and on that basis denies the allegations.

259.     The allegations of Paragraph 259 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 259 and on that basis denies the allegations.

260.     The allegations of Paragraph 260 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 260 and on that basis denies the allegations.

261.     The allegations of Paragraph 261 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 261 and on that basis denies the allegations.

262.     The allegations of Paragraph 262 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 262 and on that basis denies the allegations.

263.     The allegations of Paragraph 263 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 263 and on that basis denies the allegations.

264.     The allegations of Paragraph 264 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 264 and on that basis denies the allegations.

### 3.   The Miami Hospitals were worth far less than the $1.1 billion Steward paid for them.

265.     The allegations of Paragraph 265 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations in Paragraph 265.

266.     The allegations of Paragraph 266 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 266 and on that basis denies the allegations.

267.     The allegations of Paragraph 267 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 267 and on that basis denies the allegations.

268.     The allegations of Paragraph 268 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 268 and on that basis denies the allegations.

269.    The allegations of Paragraph 269 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 269 and on that basis denies the allegations.

270.    The allegations of Paragraph 270 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 270 and on that basis denies the allegations.

271.    The allegations of Paragraph 271 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 271 and on that basis denies the allegations.

272.    The allegations of Paragraph 272 of the Amended Complaint are not pleaded against Dr. Shetty, constitute the Plaintiffs' characterizations of the claims in the Amended Complaint, and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 272 and on that basis denies the allegations.

### 4.  SHC System is insolvent when it enters into the Miami APA and when the Tenet Transaction closes.

273.    The allegations of Paragraph 273 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 273 and on that basis denies the allegations.

274.    The allegations of Paragraph 274 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 274 and on that basis denies the allegations.

275.    The allegations of Paragraph 275 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 275 and on that basis denies the allegations.

276.    The allegations of Paragraph 276 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 276 and on that basis denies the allegations.

277.    The allegations of Paragraph 277 of the Amended Complaint are not pleaded against Dr. Shetty, assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 277 and on that basis denies the allegations.

**H. De la Torre and other insiders cause Steward to transfer its value-based care business to themselves, then sell it to CareMax and usurp most of the consideration.**

278.    The allegations of Paragraph 278 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 278 and on that basis denies the allegations.

279. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 279 and on that basis denies the allegations.

280. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 280 and on that basis denies the allegations.

   1. **Project Einstein: De la Torre restructures SHC Network to enable him and other insiders to receive the proceeds of the CareMax Transaction.**

281. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 281 and on that basis denies the allegations.

282. Dr. Shetty admits that he owned equity in SHC Investors in January 2022 but otherwise denies the remaining allegations in Paragraph 282.

283. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 283 and on that basis denies the allegations.

284. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 284 and on that basis denies the allegations.

285. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 285 and on that basis denies the allegations.

286. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 286 and on that basis denies the allegations.

287. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 287 and on that basis denies the allegations.

288. Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 288 and on that basis denies the allegations.

   2. **The CareMax Merger diverts $134 million in stock and an earnout valued at $212 million to de la Torre and other insiders.**

289.     Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 289 and on that basis denies the allegations.

290.     Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 290 and on that basis denies the allegations.

291.     Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 291 and on that basis denies the allegations.

292.     Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 292 and on that basis denies the allegations.

293.     Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 293 and on that basis denies the allegations.

294.     Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 294 and on that basis denies the allegations.

295.     Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 295 and on that basis denies the allegations.

296.     Dr. Shetty admits that he received shares of CareMax equity but otherwise presently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 296 and on that basis denies the allegations.

297.     Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 297 and on that basis denies the allegations.

### 3.  SHC System and SHC Network were insolvent during the Project Einstein restructuring and the diversion of the CareMax Transaction proceeds.

298.     The allegations of Paragraph 298 of the Amended Complaint constitute the Plaintiffs' characterizations of the claims in the Amended Complaint and assert conclusions of law and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently

lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 298 and on that basis denies the allegations.

299.     Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 299 and on that basis denies the allegations.

300.     Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 300 and on that basis denies the allegations.

I.   **De la Torre and Callum fail to repay personal loans from SHC System that were due in April 2022.**

301.     The allegations of Paragraph 301 of the Amended Complaint are not pleaded against Dr. Shetty, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 301 and on that basis denies the allegations.

302.     The allegations of Paragraph 302 of the Amended Complaint are not pleaded against Dr. Shetty, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 302 and on that basis denies the allegations.

303.     The allegations of Paragraph 303 of the Amended Complaint are not pleaded against Dr. Shetty, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 303 and on that basis denies the allegations.

304.     The allegations of Paragraph 304 of the Amended Complaint are not pleaded against Dr. Shetty, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 304 and on that basis denies the allegations.

57

305.     The allegations of Paragraph 305 of the Amended Complaint are not pleaded against Dr. Shetty, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 305 and on that basis denies the allegations.

306.     The allegations of Paragraph 306 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 306 and on that basis denies the allegations.

307.     The allegations of Paragraph 307 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 307 and on that basis denies the allegations.

308.     The allegations of Paragraph 308 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 308 and on that basis denies the allegations.

J.  **De la Torre and other insiders cause Steward to undercapitalize TRACO, leaving SHC System exposed to substantial risk.**

309.     The allegations of Paragraph 309 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 309 and on that basis denies the allegations.

310.     The allegations of Paragraph 310 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

Dr. Shetty admits that TRACO is a captive insurer that provided professional liability insurance to Steward physicians.  As to the remaining allegations of Paragraph 310, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 310 and on that basis denies the allegations.

311.    The allegations of Paragraph 311 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 311 and on that basis denies the allegations.

312.    The allegations of Paragraph 312 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 312 and on that basis denies the allegations.

313.    The allegations of Paragraph 313 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 313 and on that basis denies the allegations.

314.    The allegations of Paragraph 314 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 314 and on that basis denies the allegations.

315.    The allegations of Paragraph 315 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 315 and on that basis denies the allegations.

316.   The allegations of Paragraph 316 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 316 and on that basis denies the allegations.

317.   The allegations of Paragraph 317 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 317 and on that basis denies the allegations.

318.   The allegations of Paragraph 318 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 318 and on that basis denies the allegations.

319.   The allegations of Paragraph 319 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 319 and on that basis denies the allegations.

320.   The allegations of Paragraph 320 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 320 and on that basis denies the allegations.

321. The allegations of Paragraph 321 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 321 and on that basis denies the allegations.

322. The allegations of Paragraph 322 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 322 and on that basis denies the allegations.

323. The allegations of Paragraph 323 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations and on that basis denies the allegations of Paragraph 323.

324. The allegations of Paragraph 324 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 324 and on that basis denies the allegations.

325. The allegations of Paragraph 325 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 325 and on that basis denies the allegations.

326. The allegations of Paragraph 326 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required,

Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 326 and on that basis denies the allegations.

327.    The allegations of Paragraph 327 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 327 and on that basis denies the allegations.

K. **Steward forms an independent committee to investigate potential claims, and the Debtors file for bankruptcy.**

328.    The allegations of Paragraph 328 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 328 and on that basis denies the allegations.

329.    The allegations of Paragraph 329 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 329 and on that basis denies the allegations.

330.    The allegations of Paragraph 330 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 330 and on that basis denies the allegations.

331.    The allegations of Paragraph 331 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 331 and on that basis denies the allegations.

332. The allegations of Paragraph 332 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 332 and on that basis denies the allegations.

333. The allegations of Paragraph 333 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 333 and on that basis denies the allegations.

334. The allegations of Paragraph 334 of the Amended Complaint are not pleaded against Dr. Shetty, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 334 and on that basis denies the allegations.

335. The allegations of Paragraph 335 of the Amended Complaint constitute the Plaintiffs' characterizations of the Chapter 11 case and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 335 and on that basis denies the allegations.

336. The allegations of Paragraph 336 of the Amended Complaint constitute the Plaintiffs' characterizations of the Chapter 11 case and assert legal conclusions and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 336 and on that basis denies the allegations.

## FIRST CAUSE OF ACTION

### Avoidance and recovery of the 2016 Dividend as actual fraudulent transfers

### (11 U.S.C. §§ 544(b), 550(a)(1), and Mass. Gen. Laws ch. 109A, §§ 5(a)(1), and 8, or in the alternative, Tex. Bus. & Com. Code §§ 24.005(a)(1) and 24.008)

### (against de la Torre, Rich, Callum, Shetty, and Karam)

337.   Dr. Shetty answers and incorporates his answers in paragraphs 1 through 336 as set forth above.

338.   Dr. Shetty admits that he received a dividend payment on or around October 3, 2016, but otherwise presently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 338 and on that basis denies the allegations.

339.   The allegations of Paragraph 339 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 339 and on that basis denies the allegations.

340.   The allegations of Paragraph 340 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 340.

341.   The allegations of Paragraph 341 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 341 and on that basis denies the allegations.

342.   The allegations of Paragraph 342 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty

64

presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 342 and on that basis denies the allegations.

343.    The allegations of Paragraph 343 assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 343 and on that basis denies the allegations.

344.    The allegations of Paragraph 344 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 344 and on that basis denies the allegations.

345.    The allegations of Paragraph 345 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 345 and on that basis denies the allegations.

346.    The allegations of Paragraph 346 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 346 and on that basis denies the allegations.

347.    The allegations of Paragraph 347 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 347 and on that basis denies the allegations.

**Additional Badges of Fraud**

348.    The allegations of Paragraph 348 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 348 and on that basis denies the allegations.

349.    The allegations of Paragraph 349 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 349 and on that basis denies the allegations.

350.    The allegations of Paragraph 350 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 350 and on that basis denies the allegations.

351.    The allegations of Paragraph 351 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 351 and on that basis denies the allegations.

352.    The allegations of Paragraph 352 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 352 and on that basis denies the allegations.

353.    The allegations of Paragraph 353 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty

presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 353 and on that basis denies the allegations.

354.    The allegations of Paragraph 354 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 354 and on that basis denies the allegations.

355.    The allegations of Paragraph 355 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 355 and on that basis denies the allegations.

## SECOND CAUSE OF ACTION

**Avoidance and recovery of the 2016 Dividend as constructive fraudulent transfers**

**(11 U.S.C. §§ 544(b), 550(a)(1), and Mass. Gen. Laws ch. 109A, §§ 5(a)(2), 6(a), and 8, or in the alternative, Tex. Bus. & Com. Code §§ 24.005(a)(2), 25.006, and 24.008)**

**(against de la Torre, Rich, Callum, Shetty, and Karam)**

356.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 355 as set forth above.

357.    The allegations of Paragraph 357 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 357 and on that basis denies the allegations.

358.    The allegations of Paragraph 358 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 358.

359. The allegations of Paragraph 359 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 359 and on that basis denies the allegations.

360. The allegations of Paragraph 360 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 360 and on that basis denies the allegations.

361. The allegations of Paragraph 361 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 361.

## THIRD CAUSE OF ACTION

### Breach of fiduciary duties relating to the 2016 Transaction and 2016 Dividend

### (against de la Torre, Rich, and Karam)

362. Dr. Shetty answers and incorporates his answers in paragraphs 1 through 361 as set forth above.

363. The allegations of Paragraph 363 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 363 and on that basis denies the allegations.

364. The allegations of Paragraph 364 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the

extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 364 and on that basis denies the allegations.

365.     The allegations of Paragraph 365 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 365 and on that basis denies the allegations.

366.     The allegations of Paragraph 366 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 366 and on that basis denies the allegations.

367.     The allegations of Paragraph 367 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 367 and on that basis denies the allegations.

368.     The allegations of Paragraph 368 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 368 and on that basis denies the allegations.

369. The allegations of Paragraph 369 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 369 and on that basis denies the allegations.

370. The allegations of Paragraph 370 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 370 and on that basis denies the allegations.

371. The allegations of Paragraph 371 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 371 and on that basis denies the allegations.

372. The allegations of Paragraph 372 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 372 and on that basis denies the allegations.

373. The allegations of Paragraph 373 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 373 and on that basis denies the allegations.

## FOURTH CAUSE OF ACTION

**Avoidance and recovery of the Rich 2016 Bonus Payment as an actual fraudulent transfer**

**(11 U.S.C. §§ 544(b), 550(a)(1), and Mass. Gen Laws ch. 109A, §§ 5(a)(1), and 8, or in the alternative, Tex. Bus. & Com. Code §§ 240.005(a)(1) and 24.008)**

**(against Rich)**

374.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 373 as set forth above.

375.    The allegations of Paragraph 375 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 375 and on that basis denies the allegations.

376.    The allegations of Paragraph 376 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 376 and on that basis denies the allegations.

377.    The allegations of Paragraph 377 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 377 and on that basis denies the allegations.

71

378. The allegations of Paragraph 378 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 378 and on that basis denies the allegations.

379. The allegations of Paragraph 379 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 379 and on that basis denies the allegations.

380. The allegations of Paragraph 380 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 380 and on that basis denies the allegations.

381. The allegations of Paragraph 381 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 381 and on that basis denies the allegations.

382. The allegations of Paragraph 382 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 382 and on that basis denies the allegations.

383. The allegations of Paragraph 383 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 383 and on that basis denies the allegations.

## FIFTH CAUSE OF ACTION

### Avoidance and recovery of the Rich 2016 Bonus Payment as a constructive fraudulent transfer

**(11 U.S.C. §§ 544(b), 550(a)(1), and Mass. Gen. Laws ch. 109A, §§ 5(a)(2), 6(a), and 8, or in the alternative, Tex. Bus. & Com. Code §§ 24.005(a)(2), 25.006, and 24.008)**

### (against Rich)

384. Dr. Shetty answers and incorporates his answers in paragraphs 1 through 383 as set forth above.

385. The allegations of Paragraph 385 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 385 and on that basis denies the allegations.

386. The allegations of Paragraph 386 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 386 and on that basis denies the allegations.

387. The allegations of Paragraph 387 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 387 and on that basis denies the allegations.

388. The allegations of Paragraph 388 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 388 and on that basis denies the allegations.

389. The allegations of Paragraph 389 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 389 and on that basis denies the allegations.

390. The allegations of Paragraph 390 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 390 and on that basis denies the allegations.

391. The allegations of Paragraph 391 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 391 and on that basis denies the allegations.

392.     The allegations of Paragraph 392 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 392 and on that basis denies the allegations.

**SIXTH CAUSE OF ACTION**

**Breach of fiduciary duties relating to the May 2020 Transactions**

**(against de la Torre and Karam)**

393.     Dr. Shetty answers and incorporates his answers in paragraphs 1 through 392 as set forth above.

394.     The allegations of Paragraph 394 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 394 and on that basis denies the allegations.

395.     The allegations of Paragraph 395 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 395 and on that basis denies the allegations.

396.     The allegations of Paragraph 396 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 396 and on that basis denies the allegations.

397.     The allegations of Paragraph 397 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 397 and on that basis denies the allegations.

398.     The allegations of Paragraph 398 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 398 and on that basis denies the allegations.

399.     The allegations of Paragraph 399 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 399 and on that basis denies the allegations.

## SEVENTH CAUSE OF ACTION

**Avoidance and recovery of the 2021 Dividend Transfer as an actual fraudulent transfer**

**(11 U.S.C. §§ 544(b), 550(a)(1), and Tex. Bus. & Com. Code §§ 24.005(a)(1) and 24.008, or other applicable state law)**

**(against SHC Investors)**

400.     Dr. Shetty answers and incorporates his answers in paragraphs 1 through 399 as set forth above.

401.	The allegations of Paragraph 401 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 401 and on that basis denies the allegations.

402.	The allegations of Paragraph 402 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 402 and on that basis denies the allegations.

403.	The allegations of Paragraph 403 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 403 and on that basis denies the allegations.

404.	The allegations of Paragraph 404 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 404 and on that basis denies the allegations.

405.	The allegations of Paragraph 405 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 405 and on that basis denies the allegations.

406. The allegations of Paragraph 406 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 406 and on that basis denies the allegations.

407. The allegations of Paragraph 407 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty admits to receiving a dividend payment in 2021, but otherwise presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 407 and on that basis denies the remaining allegations.

408. The allegations of Paragraph 408 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 408 and on that basis denies the allegations.

409. The allegations of Paragraph 409 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 409 and on that basis denies the allegations.

410.     The allegations of Paragraph 410 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 410 and on that basis denies the allegations.

411.     The allegations of Paragraph 411 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 411 and on that basis denies the allegations.

## EIGHTH CAUSE OF ACTION

**Avoidance and recovery of the 2021 Dividend Transfer as
a constructive fraudulent transfer**

**(11 U.S.C. §§ 544(b), 550(a)(1), and Tex. Bus. & Com. Code §§ 24.005(a)(2) and 24.008 or
other applicable state law)**

**(against SHC Investors)**

412.     Dr. Shetty answers and incorporates his answers in paragraphs 1 through 411 as set forth above.

413.     The allegations of Paragraph 413 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 413 and on that basis denies the allegations.

414.     The allegations of Paragraph 414 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the

79

extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 414 and on that basis denies the allegations.

415.    The allegations of Paragraph 415 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 415 and on that basis denies the allegations.

416.    The allegations of Paragraph 416 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 416 and on that basis denies the allegations.

417.    The allegations of Paragraph 417 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 417 and on that basis denies the allegations.

## NINTH CAUSE OF ACTION

**Recovery of Subsequent Transfers arising from the 2021 Dividend Transfer**

**(11 U.S.C. § 550(a)(2))**

**(against de la Torre, Callum, Shetty, Karam, Steward International, Mullet II Ltd., Mullet II LLC, 5326 Old Buena Vista Road LLC, and Sebriel LLC)**

80

418. Dr. Shetty answers and incorporates his answers in paragraphs 1 through 417 as set forth above.

419. The allegations of Paragraph 419 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 419.

420. Dr. Shetty admits that he received a dividend payment on or around January 8, 2021, but presently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 420 and on that basis denies the allegations.

421. The allegations of Paragraph 421 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 421.

422. The allegations of Paragraph 422 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 422 and on that basis denies the allegations.

423. The allegations of Paragraph 423 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 423 and on that basis denies the allegations.

424. The allegations of Paragraph 424 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the

extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 424 and on that basis denies the allegations.

425.    The allegations of Paragraph 425 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 425 and on that basis denies the allegations.

426.    The allegations of Paragraph 426 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 426 and on that basis denies the allegations.

427.    The allegations of Paragraph 427 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 427 and on that basis denies the allegations.

428.    The allegations of Paragraph 428 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 428 and on that basis denies the allegations.

429. The allegations of Paragraph 429 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 429 and on that basis denies the allegations.

430. The allegations of Paragraph 430 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 430.

431. The allegations of Paragraph 431 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 431 and on that basis denies the allegations.

432. The allegations of Paragraph 432 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 432 and on that basis denies the allegations.

433. The allegations of Paragraph 433 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 433 and on that basis denies the allegations.

434.    The allegations of Paragraph 434 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 434 and on that basis denies the allegations.

## TENTH CAUSE OF ACTION

### Breach of fiduciary duties for the $111 Million Distribution and for leaving SHC System undercapitalized and insolvent

### (against de la Torre, Callum, and Karam)

435.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 434 as set forth above.

436.    The allegations of Paragraph 436 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 436 and on that basis denies the allegations.

437.    The allegations of Paragraph 437 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 437 and on that basis denies the allegations.

438.    The allegations of Paragraph 438 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 438 and on that basis denies the allegations.

439. The allegations of Paragraph 439 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 439 and on that basis denies the allegations.

440. The allegations of Paragraph 440 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 440 and on that basis denies the allegations.

441. The allegations of Paragraph 441 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 441 and on that basis denies the allegations.

442. The allegations of Paragraph 442 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 442 and on that basis denies the allegations.

443.     The allegations of Paragraph 443 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 443 and on that basis denies the allegations.

444.     The allegations of Paragraph 444 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 444 and on that basis denies the allegations.

445.     The allegations of Paragraph 445 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 445 and on that basis denies the allegations.

446.     The allegations of Paragraph 446 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 446 and on that basis denies the allegations.

447.     The allegations of Paragraph 447 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 447 and on that basis denies the allegations.

448.    The allegations of Paragraph 448 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 448 and on that basis denies the allegations.

449.    The allegations of Paragraph 449 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 449 and on that basis denies the allegations.

## ELEVENTH CAUSE OF ACTION

### Tortious interference with contract for the $111 Million Distribution

### (against de la Torre)

450.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 449 as set forth above.

451.    The allegations of Paragraph 451 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 451 and on that basis denies the allegations.

452. The allegations of Paragraph 452 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 452 and on that basis denies the allegations.

453. The allegations of Paragraph 453 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 453 and on that basis denies the allegations.

454. The allegations of Paragraph 454 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 454 and on that basis denies the allegations.

455. The allegations of Paragraph 455 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 455 and on that basis denies the allegations.

456. The allegations of Paragraph 456 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 456 and on that basis denies the allegations.

457.     The allegations of Paragraph 457 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 457 and on that basis denies the allegations.

458.     The allegations of Paragraph 458 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 458 and on that basis denies the allegations.

459.     The allegations of Paragraph 459 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 459 and on that basis denies the allegations.

460.     The allegations of Paragraph 460 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 460 and on that basis denies the allegations.

## TWELFTH CAUSE OF ACTION

### Avoidance and recovery of the Tenet Payment as a constructive fraudulent transfer

### (11 U.S.C. §§ 544(b), 550(a)(1), and Tex. Bus. & Com. Code §§ 24.005(a)(2), 25.006, and 24.008, or other applicable state law)

### (against Tenet)

461.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 460 as set forth above.

462.    The allegations of Paragraph 462 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 462 and on that basis denies the allegations.

463.    The allegations of Paragraph 463 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 463 and on that basis denies the allegations.

464.    The allegations of Paragraph 464 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 464 and on that basis denies the allegations.

465.    The allegations of Paragraph 465 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the

extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 465 and on that basis denies the allegations.

466.     The allegations of Paragraph 466 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 466 and on that basis denies the allegations.

467.     The allegations of Paragraph 467 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 467 and on that basis denies the allegations.

468.     The allegations of Paragraph 468 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 468 and on that basis denies the allegations.

469.     The allegations of Paragraph 469 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 469 and on that basis denies the allegations.

## THIRTEENTH CAUSE OF ACTION

### Breach of fiduciary duties relating to the Tenet Transaction

### (against de la Torre)

470.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 469 as set forth above.

471.    The allegations of Paragraph 471 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 471 and on that basis denies the allegations.

472.    The allegations of Paragraph 472 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 472 and on that basis denies the allegations.

473.    The allegations of Paragraph 473 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 473 and on that basis denies the allegations.

## FOURTEENTH CAUSE OF ACTION

### Disallowance of the Tenet Claims

### (11 U.S.C. § 502(d))

### (against Tenet)

474.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 473 as set forth above.

475.    The allegations of Paragraph 475 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 475 and on that basis denies the allegations.

476.    The allegations of Paragraph 476 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 476 and on that basis denies the allegations.

477.    The allegations of Paragraph 477 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 477 and on that basis denies the allegations.

## FIFTEENTH CAUSE OF ACTION

## Avoidance and recovery of the VBC Asset Transfer as an actual fraudulent transfer

## (11 U.S.C. § 548(a)(1)(A) and 550(a)(1))

## (against Sparta Holding)

478.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 477 as set forth above.

479.    The allegations of Paragraph 479 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 479 and on that basis denies the allegations.

480.    The allegations of Paragraph 480 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 480 and on that basis denies the allegations.

481.    The allegations of Paragraph 481 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 481 and on that basis denies the allegations.

482.    The allegations of Paragraph 482 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the

94

extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 482 and on that basis denies the allegations.

483. The allegations of Paragraph 483 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 483.

484. The allegations of Paragraph 484 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 484.

485. The allegations of Paragraph 485 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 485 and on that basis denies the allegations.

486. The allegations of Paragraph 486 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 486 and on that basis denies the allegations.

487. The allegations of Paragraph 487 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 487 and on that basis denies the allegations.

488. The allegations of Paragraph 488 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 488 and on that basis denies the allegations.

489. The allegations of Paragraph 489 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 489 and on that basis denies the allegations.

## SIXTEENTH CAUSE OF ACTION

**Avoidance and recovery of the VBC Asset Transfer as a constructive fraudulent transfer**

**(11 U.S.C. § 548(a)(1)(B) and 550(a)(1))**

**(against Sparta Holding)**

490. Dr. Shetty answers and incorporates his answers in paragraphs 1 through 489 as set forth above.

491. The allegations of Paragraph 491 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 491 and on that basis denies the allegations.

492. The allegations of Paragraph 492 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 492 and on that basis denies the allegations.

493. The allegations of Paragraph 493 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 493 and on that basis denies the allegations.

494. The allegations of Paragraph 494 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 494 and on that basis denies the allegations.

495. The allegations of Paragraph 495 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 495 and on that basis denies the allegations.

## SEVENTEENTH CAUSE OF ACTION

**Avoidance and recovery of the CareMax Stock Transfer as an actual fraudulent transfer**

**(11 U.S.C. § 548(a)(1)(A) and 550(a)(1))**

**(against Sparta Holding)**

496.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 495 as set forth above.

497.    The allegations of Paragraph 497 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 497 and on that basis denies the allegations.

498.    The allegations of Paragraph 498 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 498 and on that basis denies the allegations.

499.    The allegations of Paragraph 499 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 499 and on that basis denies the allegations.

500.    The allegations of Paragraph 500 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the

extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 500 and on that basis denies the allegations.

501. The allegations of Paragraph 501 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 501.

502. The allegations of Paragraph 502 of the Amended Complaint assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 502.

503. The allegations of Paragraph 503 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 503 and on that basis denies the allegations.

504. The allegations of Paragraph 504 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 504 and on that basis denies the allegations.

505. The allegations of Paragraph 505 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 505 and on that basis denies the allegations.

506.    The allegations of Paragraph 506 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 506 and on that basis denies the allegations.

## EIGHTEENTH CAUSE OF ACTION

### Avoidance and recovery of the CareMax Stock Transfer as a constructive fraudulent transfer

### (11 U.S.C. § 548(a)(1)(B) and 550(a)(1))

### (against Sparta Holding)

507.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 506 as set forth above.

508.    The allegations of Paragraph 508 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 508 and on that basis denies the allegations.

509.    The allegations of Paragraph 509 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 509 and on that basis denies the allegations.

100

510.    The allegations of Paragraph 510 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 510 and on that basis denies the allegations.

511.    The allegations of Paragraph 511 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 511 and on that basis denies the allegations.

512.    The allegations of Paragraph 512 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 512 and on that basis denies the allegations.

## NINETEENTH CAUSE OF ACTION

**Recovery of Subsequent Transfers arising from the CareMax Stock Transfer**

**(11 U.S.C. § 550(a)(2))**

**(against SHC Investors, RDLT-SHCI Investor, de la Torre, Callum, Shetty, and Karam)**

513.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 512 as set forth above.

514.     The allegations of Paragraph 514 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 514.

515.     Dr. Shetty admits to having received CareMax shares, but otherwise presently lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 515 and on that basis denies the allegations.

516.     The allegations of Paragraph 516 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 516.

517.     The allegations of Paragraph 517 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 517.

## TWENTIETH CAUSE OF ACTION

**Breach of fiduciary duties relating to the VBC Asset Transfer
and CareMax Stock Transfer**

**(against de la Torre, Callum, and Shetty)**

518.     Dr. Shetty answers and incorporates his answers in paragraphs 1 through 517 as set forth above.

519.     The allegations of Paragraph 519 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 519.

520.     The allegations of Paragraph 520 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 520.

521.    The allegations of Paragraph 521 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 521.

522.    The allegations of Paragraph 522 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 522.

523.    The allegations of Paragraph 523 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 523.

524.    The allegations of Paragraph 524 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 524.

525.    The allegations of Paragraph 525 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 525.

526.    The allegations of Paragraph 526 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 526.

527.    The allegations of Paragraph 527 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 527.

528.    The allegations of Paragraph 528 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 528.

529.    The allegations of Paragraph 529 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 529.

530.    The allegations of Paragraph 530 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 530.

531.    The allegations of Paragraph 531 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 531.

532.    The allegations of Paragraph 532 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 532.

533.    The allegations of Paragraph 533 of the Amended Complaint assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty denies the allegations of Paragraph 533.

### TWENTY-FIRST CAUSE OF ACTION

**Breach of Contract – Note Obligation**

**(against de la Torre)**

534.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 533 as set forth above.

535. The allegations of Paragraph 535 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 535 and on that basis denies the allegations.

536. The allegations of Paragraph 536 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 536 and on that basis denies the allegations.

537. The allegations of Paragraph 537 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 537 and on that basis denies the allegations.

538. The allegations of Paragraph 538 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 538 and on that basis denies the allegations.

539. The allegations of Paragraph 539 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 539 and on that basis denies the allegations.

540. The allegations of Paragraph 540 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 540 and on that basis denies the allegations.

541. The allegations of Paragraph 541 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 541 and on that basis denies the allegations.

**TWENTY-SECOND CAUSE OF ACTION**

**Breach of Contract – Note Obligation**

**(against Callum)**

542. Dr. Shetty answers and incorporates his answers in paragraphs 1 through 541 as set forth above.

543. The allegations of Paragraph 543 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 543 and on that basis denies the allegations.

106

544. The allegations of Paragraph 544 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 544 and on that basis denies the allegations.

545. The allegations of Paragraph 545 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 545 and on that basis denies the allegations.

546. The allegations of Paragraph 546 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 546 and on that basis denies the allegations.

547. The allegations of Paragraph 547 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 547 and on that basis denies the allegations.

548. The allegations of Paragraph 548 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 548 and on that basis denies the allegations.

549.     The allegations of Paragraph 549 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 549 and on that basis denies the allegations.

## TWENTY-THIRD CAUSE OF ACTION

### Breach of fiduciary duties owed to SHC System related to TRACO

### (against de la Torre, Callum, and Karam)

550.     Dr. Shetty answers and incorporates his answers in paragraphs 1 through 549 as set forth above.

551.     The allegations of Paragraph 551 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 551 and on that basis denies the allegations.

552.     The allegations of Paragraph 552 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 552 and on that basis denies the allegations.

553.    The allegations of Paragraph 553 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 553 and on that basis denies the allegations.

554.    The allegations of Paragraph 554 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 554 and on that basis denies the allegations.

555.    The allegations of Paragraph 555 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 555 and on that basis denies the allegations.

**TWENTY-FOURTH CAUSE OF ACTION**

**Avoidance and recovery of the Rich 2023 Bonus Payment as a preferential transfer**

**(11 U.S.C. §§ 547, 550)**

**(against Rich)**

556.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 555 as set forth above.

557.    The allegations of Paragraph 557 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the

109

extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 557 and on that basis denies the allegations.

558. The allegations of Paragraph 558 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 558 and on that basis denies the allegations.

559. The allegations of Paragraph 559 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 559 and on that basis denies the allegations.

560. The allegations of Paragraph 560 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 560 and on that basis denies the allegations.

561. The allegations of Paragraph 561 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 561 and on that basis denies the allegations.

562.     The allegations of Paragraph 562 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 562 and on that basis denies the allegations.

563.     The allegations of Paragraph 563 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 563 and on that basis denies the allegations.

564.     The allegations of Paragraph 564 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 564 and on that basis denies the allegations.

565.     The allegations of Paragraph 565 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 565 and on that basis denies the allegations.

566.     The allegations of Paragraph 566 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

111

form a belief as to the truth of the allegations of Paragraph 566 and on that basis denies the allegations.

**TWENTY-FIFTH CAUSE OF ACTION**

**Avoidance and recovery of the Rich 2023 Bonus Payment as an actual fraudulent transfer**

**(11 U.S.C. § 548(a)(1)(A) and 550(a)(1))**

**(against Rich)**

567.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 566 as set forth above.

568.    The allegations of Paragraph 568 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 568 and on that basis denies the allegations.

569.    The allegations of Paragraph 569 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 569 and on that basis denies the allegations.

570.    The allegations of Paragraph 570 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 570 and on that basis denies the allegations.

571. The allegations of Paragraph 571 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 571 and on that basis denies the allegations.

572. The allegations of Paragraph 572 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 572 and on that basis denies the allegations.

573. The allegations of Paragraph 573 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 573 and on that basis denies the allegations.

574. The allegations of Paragraph 574 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 574 and on that basis denies the allegations.

## TWENTY-SIXTH CAUSE OF ACTION

**Avoidance and recovery of the Rich 2023 Bonus Payment as
a constructive fraudulent transfer**

**(11 U.S.C. § 548(a)(1)(B) and 550(a)(1))**

**(against Rich)**

575.     Dr. Shetty answers and incorporates his answers in paragraphs 1 through 574 as set forth above.

576.     The allegations of Paragraph 576 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 576 and on that basis denies the allegations.

577.     The allegations of Paragraph 577 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 577 and on that basis denies the allegations.

578.     The allegations of Paragraph 578 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 578 and on that basis denies the allegations.

579.     The allegations of Paragraph 579 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the

extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 579 and on that basis denies the allegations.

580.    The allegations of Paragraph 580 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 580 and on that basis denies the allegations.

581.    The allegations of Paragraph 581 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 581 and on that basis denies the allegations.

## TWENTY-SEVENTH CAUSE OF ACTION

**Breach of fiduciary duties owed to SHC System related to self-dealing and corporate waste**

**(against de la Torre)**

582.    Dr. Shetty answers and incorporates his answers in paragraphs 1 through 581 as set forth above.

583.    The allegations of Paragraph 583 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 583 and on that basis denies the allegations.

115

584. The allegations of Paragraph 584 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 584 and on that basis denies the allegations.

585. The allegations of Paragraph 585 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 585 and on that basis denies the allegations.

586. The allegations of Paragraph 586 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 586 and on that basis denies the allegations.

587. The allegations of Paragraph 587 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 587 and on that basis denies the allegations.

588. The allegations of Paragraph 588 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

form a belief as to the truth of the allegations of Paragraph 588 and on that basis denies the allegations.

589. The allegations of Paragraph 589 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 589 and on that basis denies the allegations.

590. The allegations of Paragraph 590 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 590 and on that basis denies the allegations.

591. The allegations of Paragraph 591 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 591 and on that basis denies the allegations.

## TWENTY-EIGHTH CAUSE OF ACTION

### Substantive Consolidation

592. Dr. Shetty answers and incorporates his answers in paragraphs 1 through 591 as set forth above.

593. The allegations of Paragraph 593 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the

117

extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 593 and on that basis denies the allegations.

594.    The allegations of Paragraph 594 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 594 and on that basis denies the allegations.

595.    The allegations of Paragraph 595 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 595 and on that basis denies the allegations.

596.    The allegations of Paragraph 596 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 596 and on that basis denies the allegations.

597.    The allegations of Paragraph 597 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 597 and on that basis denies the allegations.

598.     The allegations of Paragraph 598 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 598 and on that basis denies the allegations.

599.     The allegations of Paragraph 599 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 599 and on that basis denies the allegations.

600.     The allegations of Paragraph 600 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 600 and on that basis denies the allegations.

601.     The allegations of Paragraph 601 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 601 and on that basis denies the allegations.

602.     The allegations of Paragraph 602 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response. To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to

119

form a belief as to the truth of the allegations of Paragraph 602 and on that basis denies the allegations.

603.    The allegations of Paragraph 603 of the Amended Complaint are not pleaded against Dr. Shetty and assert conclusions of law, and, as such, do not require a response.  To the extent a response is required, Dr. Shetty presently lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 603 and on that basis denies the allegations.

## PLAINTIFFS' REQUESTED RELIEF

WHEREFORE, the Plaintiffs request relief, no response is required.  To the extent a response is required, Dr. Shetty denies that the Plaintiffs are entitled to any relief from this Court.

## DEFENSES

Dr. Shetty asserts the following defenses and explicitly reserves the right to assert other and additional defenses, including affirmative defenses, of which he may become aware through discovery or other appropriate investigation as may be appropriate at a later time.  In asserting these defenses, Dr. Shetty does not assume any burden of proof, persuasion, or production with respect to any issue where the applicable law places the burden upon the Plaintiffs.

### FIRST DEFENSE

### (Failure to State a Claim)

The Amended Complaint fails to state facts sufficient to state a claim upon which relief can be granted against Dr. Shetty.

**SECOND DEFENSE**

**(Good Faith Transfer)**

The claims to recover subsequent transfers from Dr. Shetty must fail as Dr. Shetty was a good faith recipient of funds that were received "for value…in good faith, and without knowledge of the voidability of the transfer." 11 U.S.C. § 550(b)(1).

**THIRD DEFENSE**

**(No Fraudulent Transfer)**

The claims to recover transfers or subsequent transfers from Dr. Shetty must fail to the extent that the transfer of funds at issue is found not to be fraudulent under 11 U.S.C. §§ 544(b), 548(a)(1)(B), and Mass. Gen. Laws ch. 109A, §§ 5(a)(2), 8 or, in the alternative, Tex. Bus. & Com. Code §§ 24.005(a)(2) and 24.008.

**FOURTH DEFENSE**

**(Business Judgment)**

The claims of breach of fiduciary duty must fail as the Plaintiffs have not overcome the presumption that the Board of Directors of SHC System and SHC Network acted on an informed basis, in good faith, and under a belief that the decisions made were in the best interests of SHC System and SHC Network.

**FIFTH DEFENSE**

**(Good faith)**

The claims of breach of fiduciary duty must fail as Dr. Shetty acted loyally, with due care, in good faith, and with the honest and reasonable belief that his actions were beneficial to and in the best interests of SHC System and SHC Network.

121

**SIXTH DEFENSE**

**(Exculpatory Provisions)**

To the extent that the Amended Complaint purports to state a claim against Dr. Shetty for breach of duty of care, Dr. Shetty is shielded from monetary liability pursuant to Delaware Corporation Law Section 102(b)(7) or otherwise exculpated, released, indemnified, and/or excused from liability under the applicable agreements or other governing documents.

**SEVENTH DEFENSE**

**(Barred by Statute of Limitations)**

The claims to recover alleged fraudulent transfers must fail to the extent that the Amended Complaint purports to state a claim that is time-barred under relevant statutes of limitations.

**EIGHTH DEFENSE**

**(Barred by Equitable Doctrines)**

The claims are barred due to ratification, consent, acquiescence, estoppel, waiver, laches, and/or other equitable doctrines.

**NINTH DEFENSE**

**(Lack of Standing)**

The Plaintiffs lack standing to pursue the claims asserted in the Amended Complaint.

**TENTH DEFENSE**

**(No Subject Matter Jurisdiction)**

The court lacks subject-matter jurisdiction over the claims asserted against Dr. Shetty.

**ELEVENTH DEFENSE**

**(No Personal Jurisdiction)**

The court lacks personal jurisdiction over Dr. Shetty with respect to the claims asserted in the Amended Complaint.

## TWELFTH DEFENSE

### (Improper Venue)

This district is an improper venue for adjudication of some or all of the claims asserted against Dr. Shetty.

## THIRTEENTH DEFENSE

### (Safe Harbors)

Some or all of the transfers sought to be avoided by the Amended Complaint are protected from avoidance under 11 U.S.C. § 546(e) or other safe harbors under any applicable law.

## FOURTEENTH DEFENSE

### (Satisfaction)

The Plaintiffs' claims are barred as the Plaintiffs are limited to a single satisfaction of the claims.

## FIFTEENTH DEFENSE

### (Lack of Injury)

The Plaintiffs' claims are barred as the Amended Complaint fails to state an injury.

## SIXTEENTH DEFENSE

### (No Proximate Cause)

The Plaintiffs' claims are barred as the Amended Complaint fails to allege that Dr. Shetty was the proximate cause of an injury.

123

## SEVENTEENTH DEFENSE

### (Third Party Control)

The Plaintiffs' claims are barred because any alleged injury to the Plaintiffs was caused by the actions or omissions of other persons or entities over whom Dr. Shetty has no control.

## EIGHTEENTH DEFENSE

### (Failure to Join)

The Plaintiffs' claims are barred on the ground that the Plaintiffs failed to join at least one indispensable party to this litigation.

## JURY DEMAND

Dr. Shetty requests a trial by jury on all issues so triable in this action.

## REQUESTED RELIEF

WHEREFORE, Defendant Sanjay Shetty requests entry of an Order and Judgment:

(i)     dismissing the Amended Complaint with prejudice;

(ii)     granting Defendant costs of suit, including all reasonable counsel fees; and

(iii)     for such other and further relief as the Court deems just, proper, and equitable.

Dated: January 30, 2026                         Respectfully submitted,
        Boston, MA

                                                **ROPES & GRAY LLP**

                                                */s/ William L. Roberts*
                                                William L. Roberts (admitted *pro hac vice)*
                                                Desiree M. Pelletier (admitted *pro hac vice)*
                                                Prudential Tower, 800 Boylston Street
                                                Boston, MA 02199-3600
                                                Telephone: (617) 951-7000
                                                Facsimile: (617) 951-7050
                                                Email:  william.roberts@ropesgray.com
                                                          desiree.pelletier@ropesgray.com

                                                *Counsel to Sanjay Shetty*

124

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, true and correct copies of the foregoing Answer to Amended Complaint ("Answer") were electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this adversary proceeding pursuant to the Electronic Filing Procedures in this District.  Additionally, on January 30, 2026, true and correct copies of the foregoing Answer will be mailed via first-class U.S. mail to the parties listed below.

William T. Reid IV
Jeremy Wells
REID COLLINS & TSAI LLP
1301 S. Capital of Texas Hwy.
Building C, Suite 300
Austin, Texas 78746

Eric D. Madden
REID COLLINS & TSAI LLP
1601 Elm Street, 42nd Floor
Dallas, Texas 75201

Jeffrey E. Gross
REID COLLINS & TSAI LLP
420 Lexington Avenue, Suite 2515
New York, NY 10170
Tel.: (212) 344-5200

*/s/ William L. Roberts*
William L. Roberts