IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: <br><br> STEWARD HEALTH CARE SYSTEM LLC, et al., <br><br> Debtors.[1] | § § § § § § § § § | Chapter 11 <br><br> Case No. 24-90213 (CML) <br><br> (Jointly Administered) |
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> RALPH DE LA TORRE, MICHAEL CALLUM, JAMES KARAM, MARK RICH, SANJAY SHETTY, STEWARD HEALTH CARE INVESTORS LLC, STEWARD HEALTH CARE INTERNATIONAL S.L., SPARTA HOLDING CO. LLC, MULLET II LTD., MULLET II LLC, 5326 OLD BUENA VISTA ROAD LLC, RDLT – SHCI INVESTOR LLC, TENET HEALTHCARE CORPORATION, AND SEBRIEL LLC, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | Adv. Pro. No. 25-03593 (CML) |

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these Chapter 11 Cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

1

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Defendants Dr. Ralph de la Torre, Mullet II Ltd., Mullet II LLC, 5326 Old Buena Vista Road LLC, RDLT-SHCI Investor LLC, Steward Health Care Investors LLC, Steward Health Care International S.L., Sparta Holding Co. LLC, and Sebriel LLC (collectively, the "RDLT Defendants") to this Notice of Appearance and Request for Service of Papers request that all notices given or required to be given, and all papers served or required to be served by U.S. Mail and by email in the above-captioned adversary proceeding be given to and served upon:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Cameron Kelly
700 Louisiana Street, Suite 3900
Houston, TX 77002
Tel: 713-221-7000
Email: cameronkelly@quinnemanuel.com

-and-

Anthony Bongiorno
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: 617-712-7100
Email: anthonybongiorno@quinnemanuel.com

-and-

Susheel Kirpalani
Zachary Russell
Kenneth B. Hershey
Emma McCabe
295 5th Avenue, 9th Floor
New York, New York 10016
Tel.: 212-849-7000
Email: susheelkirpalani@quinnemanuel.com
zacharyrussell@quinnemanuel.com
kenhershey@quinnemanuel.com
emmamccabe@quinnemanuel.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of title 11 of the United States Code or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

This Notice of Appearance and Request for Service of Papers is not, and shall not be deemed or construed to be, a waiver of any of the RDLT Defendants' substantive or procedural rights, including without limitation, the RDLT Defendants' rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure, or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which the RDLT Defendants are or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 30, 2026

/s/ Cameron M. Kelly
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Cameron Kelly (TX SBN 24120936)
700 Louisiana Street, Suite 3900
Houston, TX 77002
Tel: 713-221-7000
Fax: 713-221-7100
Email: cameronkelly@quinnemanuel.com

-and-

Anthony Bongiorno (*pro hac vice* pending)
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: 617-712-7100
Fax: 617-712-7200
Email: anthonybongiorno@quinnemanuel.com

-and-

Susheel Kirpalani (*pro hac vice* pending)
Zachary Russell (*pro hac vice* pending)
Kenneth B. Hershey (*pro hac vice* pending)
Emma McCabe (*pro hac vice* pending)
295 Fifth Avenue
New York, NY 10016
Tel: 212-849-7000
Fax: 212-849-7100
Email: susheelkirpalani@quinnemanuel.com
  zacharyrussell@quinnemanuel.com
  kenhershey@quinnemanuel.com
  emmamccabe@quinnemanuel.com

*Counsel for the RDLT Defendants*

## CERTIFICATE OF SERVICE

      I certify that, on January 30, 2026, a true and correct copy of the foregoing document was served through the Court's Electronic Case Filing system of the United States Bankruptcy Court for the Southern District of Texas.

Dated: January 30, 2026           */s/ Cameron M. Kelly*
                                                     Cameron M. Kelly