# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| STEWARD HEALTH CARE SYSTEM LLC, et al., | § | Case No. 24-90213 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| | § | |
| MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST, | § § | Adv. Pro. No. 25-03593 (CML) |
| | § | |
| Plaintiffs, | § | |
| | § | **JURY TRIAL DEMANDED** |
| vs. | § | |
| | § | |
| RALPH DE LA TORRE, MICHAEL CALLUM, JAMES KARAM, MARK RICH, SANJAY SHETTY, STEWARD HEALTH CARE INVESTORS LLC, STEWARD HEALTH CARE INTERNATIONAL S.L., SPARTA HOLDING CO. LLC, MULLET II LTD., MULLET II LLC, 5326 OLD BUENA VISTA ROAD LLC, RDLT-SHCI INVESTOR LLC, TENET HEALTHCARE CORPORATION, AND SEBRIEL LLC, | § § § § § § § § § § § | |
| Defendants. | § § § § § § § | |

---

**ANSWER AND AFFIRMATIVE DEFENSES OF DR. RALPH DE LA TORRE, STEWARD HEALTH CARE INVESTORS LLC, STEWARD HEALTH CARE INTERNATIONAL S.L., SPARTA HOLDING CO. LLC, MULLET II LTD., MULLET II LLC, 5326 OLD BUENA VISTA ROAD LLC, SEBRIEL, LLC, RDLT-SHCI INVESTOR LLC**

---

[1]   A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward.  The Debtors' service address for these Chapter 11 Cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

## TABLE OF CONTENTS

TABLE OF CONTENTS............................................................................................. 2

STATEMENT PURSUANT TO ................................................................................... 4

BANKRUPTCY RULE 7012(B), LOCAL RULE 7012-1............................................. 4

ANSWER AND AFFIRMATIVE DEFENSES .............................................................. 4

ANSWER.................................................................................................................... 4

Summary Of Action ................................................................................................... 4

Parties........................................................................................................................ 9

Jurisdiction and Venue............................................................................................ 11

Factual Allegations .................................................................................................. 11

CAUSES OF ACTION .............................................................................................. 57

    Count 1: Avoidance and recovery of the 2016 Dividend as actual fraudulent transfers . 57

    Count 2: Avoidance and recovery of the 2016 Dividend as constructive fraudulent
        transfers.......................................................................................................... 60

    Count Three: Breach of fiduciary duties relating to the 2016 Transaction and 2016
        Dividend ......................................................................................................... 61

    Count Four:  Avoidance and recovery of the Rich 2016 Bonus Payment as an actual
        fraudulent transfer.......................................................................................... 63

    Count Five: Avoidance and recovery of the Rich 2016 Bonus Payment as a constructive
        fraudulent transfer .......................................................................................... 64

    Count Six: Breach of fiduciary duties relating to the May 2020 Transactions................ 65

    Count Seven: Avoidance and recovery of the 2021 Dividend Transfer as an actual
        fraudulent transfer.......................................................................................... 66

    Count Eight: Avoidance and recovery of the 2021 Dividend Transfer as a constructive
        fraudulent transfer .......................................................................................... 68

    Count Nine: Recovery of Subsequent Transfers arising from the 2021 Dividend Transfer
        (11 U.S.C. § 550(a)(2)) .................................................................................. 69

    Count Ten: Breach of fiduciary duties for the $111 Million Distribution and for leaving
        SHC System undercapitalized and insolvent........................................................ 72

    Count Eleven: Tortious interference with contract for the $111 Million Distribution..... 74

    Count Twelve: Avoidance and recovery of the Tenet Payment as a constructive
        fraudulent transfer .......................................................................................... 75

    Count Thirteen: Breach of fiduciary duties relating to the Tenet Transaction ................. 76

    Count Fourteen: Disallowance of the Tenet Claims (11 U.S.C. § 502(d))...................... 77

    Count Fifteen: Avoidance and recovery of the VBC Asset Transfer as an actual
        fraudulent transfer .......................................................................................... 77

    Count Sixteen: Avoidance and recovery of the VBC Asset Transfer as a constructive

fraudulent transfer ................................................................................. 79

Count Seventeen: Avoidance and recovery of the CareMax Stock Transfer as an actual fraudulent transfer ................................................................................. 80

Count Eighteen: Avoidance and recovery of the CareMax Stock Transfer as a constructive fraudulent transfer.................................................................. 81

Count Nineteen: Recovery of Subsequent Transfers arising from the CareMax Stock Transfer ................................................................................................... 82

Count Twenty: Breach of fiduciary duties relating to the VBC Asset Transfer and CareMax Stock Transfer ............................................................................ 83

Count Twenty-One: Breach of Contract – Note Obligation.......................................... 85

Count Twenty-Two:  Breach of Contract – Note Obligation ......................................... 86

Count Twenty-Three:  Breach of fiduciary duties owed to SHC System related to TRACO .................................................................................................... 87

Count Twenty-Four:  Avoidance and recovery of the Rich 2023 Bonus Payment as a preferential transfer ................................................................................. 88

Count Twenty-Five:  Avoidance and recovery of the Rich 2023 Bonus Payment as an actual fraudulent transfer ......................................................................... 90

Count Twenty-Six:  Avoidance and recovery of the Rich 2023 Bonus Payment as a constructive fraudulent transfer................................................................. 91

Count Twenty-Seven:  Breach of fiduciary duties owed to SHC System related to self-dealing and corporate waste ...................................................................... 92

Count Twenty-Eight:  Substantive Consolidation........................................................ 93

AFFIRMATIVE DEFENSES.................................................................................................. 96

DEMAND FOR A JURY TRIAL ......................................................................................... 100

CERTIFICATE OF SERVICE ............................................................................................. 102

**STATEMENT PURSUANT TO**
**BANKRUPTCY RULE 7012(B), LOCAL RULE 7012-1**

In submitting this Answer and Affirmative Defenses, the RDLT Defendants, as defined below, do not consent to the entry of final orders or judgments by the Court.

**ANSWER AND AFFIRMATIVE DEFENSES**

Defendants Ralph de la Torre, Steward Health Care Investors LLC, Steward Health Care International S.L., Sparta Holding Co. LLC, Mullet II LTD., Mullet II LLC, 5326 Old Buena Vista Road LLC, Sebriel, LLC, RDLT-SHCI Investor LLC (collectively, the "**RDLT Defendants**")[2] file this answer (the "**Answer**") to the Amended Complaint filed by the Litigation Trustee (the "**Trustee**") on behalf of Steward Health Care System LLC, Steward Health Care Holdings LLC, and Steward Health Care Network, Inc. (collectively, the "**Plaintiffs**") in the above-captioned adversary proceeding.  The RDLT Defendants answer as follows:[3]

**ANSWER[4]**

**Summary Of Action**

1.      The RDLT Defendants deny the allegations in Paragraph 1 in the form and manner alleged.

2.      The RDLT Defendants deny the allegations in Paragraph 2 in the form and

---

[2]   The RDLT Defendants use this term for purposes of convenience only.  The use of the term "RDLT Defendants" is not and should not be taken as a concession that any of the RDLT Defendants are legal alter egos of Dr. Ralph de la Torre.

[3]   Unless otherwise defined herein, capitalized terms shall bear the meanings ascribed to such terms in the Amended Complaint.  The RDLT Defendants use the Complaint's definitions for convenience only, and such use is not and should not be taken as a concession as to the legal validity of any terminology used in the Complaint.

[4]   The RDLT Defendants state that no response is required to the headers or footnotes contained in the Complaint.  To the extent a response is required to any of allegations contained in the Trustee's headers or footnotes, they are denied in the form and manner alleged.

4

manner alleged.

3.       The RDLT Defendants deny the allegations in Paragraph 3.

4.       The RDLT Defendants deny the allegations in Paragraph 4.

5.       The document referenced in the third sentence of Paragraph 5 speaks for itself; as such, the allegations in the third sentence of Paragraph 5 require no response; to the extent a response is required, the allegations in the third sentence of Paragraph 5 are denied in the form and manner alleged. The RDLT Defendants deny the remaining allegations in Paragraph 5 in the form and manner alleged.

6.       The document referenced in the first sentence of Paragraph 6 speaks for itself; as such, the allegations in the first sentence of Paragraph 6 require no response; to the extent a response is required, the allegations in the first sentence of Paragraph 6 are denied in the form and manner alleged. The RDLT Defendants deny the allegations in the second and third sentences of Paragraph 6.

7.       The RDLT Defendants deny the allegations in the first sentence of Paragraph 7. Further answering, the documents relied upon in the second, third, and fourth sentences of Paragraph 7 speak for themselves; as such, the allegations in the second, third, and fourth sentences of Paragraph 7 require no response; to the extent a response is required, the allegations in the second, third, and fourth sentences of Paragraph 7 are denied in the form and manner alleged. Finally, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the fifth sentence of Paragraph 7 and therefore deny them.

8.       The RDLT Defendants deny the allegations in Paragraph 8 in the form and manner alleged.

9. The documents referenced in the second, fourth, and fifth sentences of Paragraph 9 speak for themselves; as such, the allegations in the second, fourth, and fifth sentences of Paragraph 9 require no response; to the extent a response is required, the allegations in the second, fourth, and fifth sentences of Paragraph 9 are denied in the form and manner alleged. The RDLT Defendants deny the remaining allegations in Paragraph 9 in the form and manner alleged.

10. The RDLT Defendants deny the allegations in the first sentence of Paragraph 10. Paragraph 10 otherwise contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 10 in the form and manner alleged.

11. The RDLT Defendants deny the allegations in Paragraph 11.

12. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the third sentence of Paragraph 12 and therefore deny them. The RDLT Defendants deny the remaining allegations in Paragraph 12 in the form and manner alleged.

13. The documents relied on in the third sentence of Paragraph 13 speak for themselves; as such, the allegations in the third sentence of Paragraph 13 require no response; to the extent a response is required, the allegations in the third sentence of Paragraph 13 are denied in the form and manner alleged. The RDLT Defendants deny the remaining allegations of Paragraph 13 in the form and manner alleged.

14. The RDLT Defendants deny the allegations in the first and fourth sentences of Paragraph 14. In addition, the documents relied upon in Paragraph 14 speak for themselves; as such, the remaining allegations in Paragraph 14 require no response; to the extent a response is required, the remaining allegations in Paragraph 14 are denied in the form and manner alleged.

15.        The first sentence of Paragraph 15 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the first sentence of Paragraph 15 in the form and manner alleged.  Further answering, the documents referenced in Paragraph 15 speak for themselves; as such, the remaining allegations in Paragraph 15 require no response; to the extent a response is required, the remaining allegations in Paragraph 15 are denied in the form and manner alleged.

16.        The documents relied upon in Paragraph 16 speak for themselves; as such, the allegations in Paragraph 16 require no response;  to the extent a response is required, the allegations in Paragraph 16 are denied in the form and manner alleged.

17.        Paragraph 17 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 17 in the form and manner alleged.[5]

18.        The RDLT Defendants deny the allegations in the first sentence of Paragraph 18.  Further answering, the documents referenced in Paragraph 18 speak for themselves; as such, the remaining allegations in Paragraph 18 require no response; to the extent a response is required, the remaining allegations in Paragraph 18 are denied in the form and manner alleged.

19.        The RDLT Defendants deny the allegations in Paragraph 19 in the form and manner alleged.

20.        The RDLT Defendants deny the allegations in Paragraph 20 in the form and manner alleged.

21.        Paragraph 21 contains legal arguments and conclusions to which no response is

---

[5]   The RDLT Defendants further state that, to the extent the Trustee seeks to recover funds transferred to Cerberus, the Trustee should look to Cerberus.

required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 21 in the form and manner alleged.

22.	The RDLT Defendants deny the allegations in Paragraph 22.

23.	The documents relied upon in Paragraph 23 speak for themselves; as such, the allegations in Paragraph 23 require no response; to the extent a response is required, the allegations in Paragraph 23 are denied in the form and manner alleged.

24.	The RDLT Defendants deny the allegations in Paragraph 24 in the form and manner alleged.

25.	Paragraph 25 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 25 in the form and manner alleged.

26.	The RDLT Defendants deny the allegations in Paragraph 26.

27.	The RDLT Defendants deny the allegations in Paragraph 27.

28.	The RDLT Defendants deny the allegations in Paragraph 28.

29.	The RDLT Defendants deny the allegations in the first, second, and third sentences of Paragraph 29.  In addition, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the fourth sentence of Paragraph 29 and therefore deny them.  Finally, the documents relied up in Paragraph 29 speak for themselves; as such, the remaining allegations in Paragraph 29 require no response; to the extent a response is required, the remaining allegations in Paragraph 29 are denied in the form and manner alleged.

30.	The first sentence of Paragraph 30 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the

allegations in the first sentence of Paragraph 30 in the form and manner alleged.  In addition, the Amended Complaint speaks for itself; as such, the remaining allegations in Paragraph 30 require no response; to the extent a response is required, the remaining allegations in Paragraph 30 are denied in the form and manner alleged.

**Parties**

31.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31 and therefore deny them.

32.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 32 and therefore deny them.  The RDLT Defendants deny the allegations in the second sentence of Paragraph 32.

33.     The RDLT Defendants admit the allegations in the first sentence of Paragraph 33.  The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the second sentence of Paragraph 33 and therefore deny them.

34.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34 and therefore deny them.

35.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35 and therefore deny them.

36.     The RDLT Defendants admit the allegations in the first sentence of Paragraph 36.  The RDLT Defendants currently lack knowledge sufficient to form a belief as to the truth or falsity of the allegations in the second sentence of Paragraph 36 and therefore deny them.

37.     The RDLT Defendants deny the allegations in Paragraph 37.

38.      The RDLT Defendants admit the allegations in Paragraph 38.

39.      The RDLT Defendants admit the allegations in Paragraph 39.

40.      The RDLT Defendants admit the allegations in first sentence of Paragraph 40. Paragraph 40 otherwise contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the remaining allegations Paragraph 40 in the form and manner alleged.

41.      The RDLT Defendants admit the allegations in the first sentence of Paragraph 41. The documents referenced in the second sentence of Paragraph 41 speak for themselves; as such, the allegations in Paragraph 41 require no response; to the extent a response is required, the allegations in Paragraph 41 are denied in the form and manner alleged. Further answering, Paragraph 41 otherwise contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the remaining allegations in the last sentence of Paragraph 41 in the form and manner alleged.

42.      The RDLT Defendants admit the allegations in the first sentence of Paragraph 42. Otherwise, Paragraph 42 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 42 in the form and manner alleged.

43.      The RDLT Defendants admit the allegations in the first sentence of Paragraph 43. Otherwise, Paragraph 43 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 43 in the form and manner alleged.

44.      The RDLT Defendants admit the allegations in the first sentence of Paragraph 44. Otherwise, Paragraph 44 contains legal arguments and conclusions to which no response is

required.   To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 44 in the form and manner alleged.

45.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as the truth or falsity of the allegations in Paragraph 45 and therefore deny them.

## Jurisdiction and Venue

46.     Paragraph 46 contains legal arguments and conclusions to which no response is required.

47.     Paragraph 47 contains legal arguments and conclusions to which no response is required.

48.     Paragraph 48 contains legal arguments and conclusions to which no response is required.

49.     Paragraph 49 contains legal arguments and conclusions to which no response is required.

50.     Paragraph 50 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 50.

## Factual Allegations

51.     The RDLT Defendants deny the allegations in Paragraph 51 in the form and manner alleged.

52.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 52 and therefore deny them.

53.     The documents relied upon in Paragraph 53 speak for themselves; as such, the allegations in Paragraph 53 require no response; to the extent a response is required, the allegations

in Paragraph 53 are denied in the form and manner alleged.

54.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 54 and therefore deny them.  The RDLT Defendants deny the remaining allegations in Paragraph 54.

55.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 55 and therefore deny them.

56.     The RDLT Defendants deny the allegations in the second sentence of Paragraph 56 in the form and manner alleged.  In addition, the documents relied on in the first, fourth, and fifth sentences of Paragraph 56 speak for themselves; as such, the allegations in the first, fourth, and fifth sentences of Paragraph 56 require no response;  to the extent a response is required,  the allegations in the first, fourth, and fifth sentences of Paragraph 56 are denied in the form and manner alleged.  In addition, the third sentence of Paragraph 56 contains legal arguments and conclusions, to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the third sentence of Paragraph 56 in the form and manner alleged.

57.     The RDLT Defendants deny the allegations in the last sentence of Paragraph 57.  Further answering, the documents referenced in Paragraph 57 speak for themselves; as such, the remaining allegations in Paragraph 57 require no response; to the extent a response is required, the remaining allegations in Paragraph 57 are denied in the form and manner alleged.

58.     The RDLT Defendants deny the allegations in Paragraph 58.

59.     The documents relied upon in Paragraph 59 speak for themselves; as such, the allegations in Paragraph 59 require no response; to the extent a response is required, the allegations in Paragraph 59 are denied in the form and manner alleged.

60.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 60.  Further answering, the documents referenced in Paragraph 60 speak for themselves; as such, the remaining allegations in Paragraph 60 require no response; to the extent a response is required, the remaining allegations in Paragraph 60 are denied in the form and manner alleged

61.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 61 and therefore deny them.

62.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 62 and therefore deny them.

63.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 63 in the form and manner alleged.  Further answering, the documents referenced in Paragraph 63 speak for themselves; as such, the remaining allegations in Paragraph 63 require no response; to the extent a response is required, the remaining allegations in Paragraph 63 are denied in the form and manner alleged.

64.     The document referenced in Paragraph 64 speaks for itself; as such, the allegations in Paragraph 64 require no response; to the extent a response is required, the allegations in Paragraph 64 are denied in the form and manner alleged.

65.     The document referenced in Paragraph 65 speaks for itself; as such, the allegations in Paragraph 65 require no response; to the extent a response is required, the allegations in Paragraph 65 are denied in the form and manner alleged.

66.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 66 and therefore deny them. The documents referenced in Paragraph 66 speaks for itself; as such, the allegations in the second sentence of Paragraph 66 require no response; to the extent a response is

required, the allegations in the second sentence of Paragraph 66 are denied in the form and manner alleged.

67.     The RDLT Defendants deny the allegations in Paragraph 67.

68.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 68 in the form and manner alleged.  The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 68 and therefore deny them.

69.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 69 and therefore deny them.

70.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 70 in the form and manner alleged.  The documents relied upon in Paragraph 70 speak for themselves; as such, the remaining allegations in Paragraph 70 require no response; to the extent a response is required, the remaining allegations in Paragraph 70 are denied in the form and manner alleged.

71.     The RDLT Defendants deny the allegations in Paragraph 71 in the form and manner alleged.

72.     The RDLT Defendants deny the allegations in Paragraph 72.

73.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first and last sentences of Paragraph 73 and therefore deny them.  In addition, the document referenced in Paragraph 73 speaks for itself; as such, the allegations in the second and third sentences of Paragraph 73 require no response; to the extent a response is required, the allegations in the second and third sentences of Paragraph 73 are denied in the form and manner alleged.

74.     The document referenced in Paragraph 74 speaks for itself; as such, the allegations in Paragraph 74 require no response; to the extent a response is required, the allegations in Paragraph 74 are denied in the form and manner alleged.

75.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 75 and therefore deny them.

76.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 76 and therefore deny them.

77.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 77 and therefore deny them.  Further answering, the documents referenced in Paragraph 77 speak for themselves; as such, the remaining allegations in Paragraph 77 require no response; to the extent a response is required, the remaining allegations in Paragraph 77 are denied in the form and manner alleged.

78.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 78.  Further answering, the document referenced in Paragraph 78 speaks for itself; as such, the remaining allegations in Paragraph 78 require no response; to the extent a response is required, the remaining allegations in Paragraph 78 are denied in the form and manner alleged.

79.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 79.  Further answering, the document referenced in Paragraph 79 speaks for itself; as such, the remaining allegations in Paragraph 79 require no response; to the extent a response is required, the remaining allegations in Paragraph 79 are denied in the form and manner alleged.

80.     The RDLT Defendants deny the allegations in the first and second sentences of Paragraph 80.  The RDLT Defendants currently lack knowledge or information sufficient to form

a belief as to the truth or falsity of the allegations in the third sentence of Paragraph 80 and therefore deny them.

81.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 81 and therefore deny them.

82.     The RDLT Defendants deny the allegations in Paragraph 82 in the form and manner alleged.

83.     The document relied on in Paragraph 83 speaks for itself; as such, the allegations in the first two sentences of Paragraph 83 require no response; to the extent a response is required, the allegations in the first two sentences of Paragraph 83 are denied in the form and manner alleged.  The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the third sentence of Paragraph 83 and therefore deny them.

84.     The documents referenced in Paragraph 84 speak for themselves; as such, the allegations in Paragraph 84 require no response; to the extent a response is required, the allegations in Paragraph 84 are denied in the form and manner alleged.

85.     The RDLT Defendants deny the allegations in Paragraph 85.

86.     The RDLT Defendants deny the allegations in the third and final sentences of Paragraph 86.   Further answering, the documents relied upon in Paragraph 86 speak for themselves; as such, the remaining allegations in Paragraph 86 require no response; to the extent a response is required, the remaining allegations in Paragraph 86 are denied in the form and manner alleged.

87.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in first two sentences of Paragraph 87 and

therefore deny them.  Further answering, the documents relied upon in Paragraph 87 speak for themselves; as such, the remaining allegations in Paragraph 87 require no response; to the extent a response is required, the remaining allegations in Paragraph 87 are denied in the form and manner alleged.

88.     The document referenced in Paragraph 88 speaks for itself; as such, the allegations in Paragraph 88 require no response; to the extent a response is required, the allegations in Paragraph 88 are denied in the form and manner alleged.

89.     The document referenced in Paragraph 89 speaks for itself; as such, the allegations in Paragraph 89 require no response; to the extent a response is required, the allegations in Paragraph 89 are denied in the form and manner alleged.

90.     The documents relied on in Paragraph 90 speak for themselves; as such, the allegations in Paragraph 90 require no response; to the extent a response is required, the allegations in Paragraph 90 are denied in the form and manner alleged.

91.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 91.  In addition, the document referenced in Paragraph 91 speaks for itself; as such, the remaining allegations in Paragraph 91 require no response; to the extent a response is required, the allegations in Paragraph 91 are denied in the form and manner alleged.

92.     The document referenced in Paragraph 92 speaks for itself; as such, the allegations in Paragraph 92 require no response; to the extent a response is required, the allegations in Paragraph 92 are denied in the form and manner alleged.

93.     The document referenced in Paragraph 93 speaks for itself; as such, the allegations in Paragraph 93 require no response; to the extent a response is required, the allegations in Paragraph 93 are denied in the form and manner alleged.

94.    The document referenced in Paragraph 94 speaks for itself; as such, the allegations in Paragraph 94 require no response; to the extent a response is required, the allegations in Paragraph 94 are denied in the form and manner alleged.

95.    The document referenced in Paragraph 95 speaks for itself; as such, the allegations in Paragraph 95 require no response; to the extent a response is required, the allegations in Paragraph 95 are denied in the form and manner alleged.

96.    The RDLT Defendants deny the allegations in the first, second, and third sentences of Paragraph 96.  In addition, the document referenced in Paragraph 96 speaks for itself; as such, the allegations in Paragraph 96 require no response; to the extent a response is required, the allegations in Paragraph 96 are denied in the form and manner alleged.

97.    The documents referenced in Paragraph 97 speak for themselves; as such, the allegations in Paragraph 97 require no response; to the extent a response is required, the allegations in Paragraph 97 are denied in the form and manner alleged.

98.    The documents referenced in Paragraph 98 speak for themselves; as such, the allegations in the first sentence of Paragraph 98 require no response; to the extent a response is required, the allegations in the first sentence of Paragraph 98 are denied in the form and manner alleged.  The RDLT Defendants deny the allegations in the second sentence of Paragraph 98 in the form and manner alleged.

99.    The documents referenced in Paragraph 99 speak for themselves; as such, the allegations in Paragraph 99 require no response; to the extent a response is required, the allegations in Paragraph 99 are denied in the form and manner alleged.

100.    The documents relied upon in Paragraph 100 speak for themselves; as such, the allegations in Paragraph 100 require no response; to the extent a response is required, the

allegations in Paragraph 100 are denied in the form and manner alleged.

101.     The document referenced in Paragraph 101 speaks for itself; as such, the allegations in Paragraph 101 require no response; to the extent a response is required, the allegations in Paragraph 101 are denied in the form and manner alleged.

102.     The document referenced in Paragraph 102 speaks for itself; as such, the allegations in Paragraph 102 require no response; to the extent a response is required, the allegations in Paragraph 102 are denied in the form and manner alleged.  Additionally, the last sentence of  Paragraph 102 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the last sentence of Paragraph 102 in the form and manner alleged.

103.     The document referenced in Paragraph 103 speaks for itself; as such, the allegations in Paragraph 103 require no response; to the extent a response is required, the allegations in Paragraph 103 are denied in the form and manner alleged.  Additionally, the last sentence of  Paragraph 103 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the last sentence of Paragraph 103 in the form and manner alleged.

104.    The document referenced in Paragraph 104 speaks for itself; as such, the allegations in Paragraph 104 require no response; to the extent a response is required, the allegations in Paragraph 104 are denied in the form and manner alleged.  Additionally, the last sentence of Paragraph 104 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the last sentence of Paragraph 104 in the form and manner alleged.

105.     The document referenced in Paragraph 105 speaks for itself; as such, the

allegations in Paragraph 105 require no response; to the extent a response is required, the allegations in Paragraph 105 are denied in the form and manner alleged. To the extent a response is required, the RDLT Defendants deny the allegations in the last sentence of Paragraph 105 in the form and manner alleged.

106. The documents referenced in Paragraph 106 speak for themselves; as such, the allegations in Paragraph 106 require no response; to the extent a response is required, the allegations in Paragraph 106 are denied in the form and manner alleged. The RDLT Defendants deny the remaining allegations in Paragraph 106 in the form and manner alleged.

107. The RDLT Defendants deny the allegations in the first sentence of Paragraph 107. In addition, the document referenced in Paragraph 107 speaks for itself; as such, the allegations in Paragraph 107 require no response; to the extent a response is required, the allegations in Paragraph 107 are denied in the form and manner alleged. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the last sentence of Paragraph 107 and therefore deny them.

108. The RDLT Defendants deny the allegations in the first sentence of Paragraph 108. In addition, the document referenced in Paragraph 108 speaks for itself; as such, the allegations in Paragraph 108 require no response; to the extent a response is required, the allegations in Paragraph 108 are denied in the form and manner alleged.

109. The RDLT Defendants deny the allegations in the first sentence of Paragraph 109. In addition, the document referenced in Paragraph 109 speaks for itself; as such, the allegations in Paragraph 109 require no response; to the extent a response is required, the allegations in Paragraph 109 are denied in the form and manner alleged.

110. The RDLT Defendants currently lack knowledge or information to respond to

the allegations in the second sentence of Paragraph 110 and therefore deny them.  In addition, the first and third sentence of Paragraph 110 contain legal arguments and conclusions, to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the first and third sentence of Paragraph 110.

111.     The document referenced in Paragraph 111 speaks for itself; as such, the allegations in Paragraph 111 require no response; to the extent a response is required, the allegations in Paragraph 111 are denied in the form and manner alleged.

112.     The document referenced in Paragraph 112 speaks for itself; as such, the allegations in Paragraph 112 require no response; to the extent a response is required, the allegations in Paragraph 112 are denied in the form and manner alleged.

113.     The document referenced in Paragraph 113 speaks for itself; as such, the allegations in Paragraph 113 require no response; to the extent a response is required, the allegations in Paragraph 113 are denied in the form and manner alleged.  Further answering, the last sentence of Paragraph 113 contains legal arguments and conclusions, to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the last sentence of Paragraph 113 in the form and manner alleged.

114.     The document referenced in Paragraph 114 speaks for itself; as such, the allegations in Paragraph 114 require no response; to the extent a response is required, the allegations in Paragraph 114 are denied in the form and manner alleged.

115.     The document relied upon in the first sentence of Paragraph 115 speaks for itself; as such, the allegations in Paragraph 115 require no response; to the extent a response is required, the allegations in Paragraph 115 are denied in the form and manner alleged.  In addition, the second sentence of Paragraph 115 contains legal arguments and conclusions, to which no

response is required. To the extent a response is required, the RDLT Defendants deny the allegations in the second sentence of Paragraph 115 in the form and manner alleged.

116. The document referenced in the first sentence of Paragraph 116 speaks for itself; as such, the allegations in Paragraph 116 require no response; to the extent a response is required, the allegations in the first sentence of Paragraph 116 are denied in the form and manner alleged. The RDLT Defendants deny the remaining allegations in Paragraph 116.

117. The document referenced in Paragraph 117 speaks for itself; as such, the allegations in Paragraph 117 require no response; to the extent a response is required, the allegations in Paragraph 117 are denied in the form and manner alleged. The RDLT Defendants deny the allegations in the last sentence of Paragraph 117.

118. The RDLT Defendants deny the allegations in the first sentence of Paragraph 118 in the form and manner alleged. In addition, the document referenced in Paragraph 118 speaks for itself; as such, the allegations in Paragraph 118 require no response; to the extent a response is required, the allegations in Paragraph 118 are denied in the form and manner alleged.

119. The RDLT Defendants deny the allegations in Paragraph 119 in the form and manner alleged.

120. The RDLT Defendants deny the allegations in Paragraph 120 in the form and manner alleged.

121. The documents referenced in Paragraph 121 speak for themselves; as such, the allegations in Paragraph 121 require no response; to the extent a response is required, the allegations in Paragraph 121 are denied in the form and manner alleged.

122. The documents referenced in Paragraph 122 speak for themselves; as such, the allegations in Paragraph 122 require no response; to the extent a response is required, the

allegations in Paragraph 122 are denied in the form and manner alleged.

123.     The documents referenced in Paragraph 123 speak for themselves; as such, the allegations in Paragraph 123 require no response; to the extent a response is required, the allegations in Paragraph 123 are denied in the form and manner alleged.  Additionally, Paragraph 123 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 123 in the form and manner alleged.

124.     The documents referenced in Paragraph 124 speak for themselves; as such, the allegations in Paragraph 124 require no response; to the extent a response is required, the allegations in Paragraph 124 are denied in the form and manner alleged.

125.     The document referenced in Paragraph 125 speaks for itself; as such, the allegations in Paragraph 125 require no response; to the extent a response is required, the allegations in Paragraph 125 are denied in the form and manner alleged.

126.     The document referenced in Paragraph 126 speaks for itself; as such, the allegations in Paragraph 126 require no response; to the extent a response is required, the allegations in Paragraph 126 are denied in the form and manner alleged.

127.     The document referenced in Paragraph 127 speaks for itself; as such, the allegations in Paragraph 127 require no response; to the extent a response is required, the allegations in Paragraph 127 are denied in the form and manner alleged.  Further answering, the second and third sentences of Paragraph 127 contain legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the second and third sentences of Paragraph 127 in the form and manner alleged.

128.     The document referenced in Paragraph 128 speaks for itself; as such, the

allegations in Paragraph 128 require no response; to the extent a response is required, the allegations in Paragraph 128 are denied in the form and manner alleged.

129.      The RDLT Defendants currently lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 129 and therefore deny them.

130.      The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 130 and therefore deny them.

131.      The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 131 and therefore deny them.

132.      Paragraph 132 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 132 in the form and manner alleged.

133.      Paragraph 133 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the in Paragraph 133 in the form and manner alleged.  The RDLT Defendants deny the remaining allegations.

134.      The documents referenced in and relied on in Paragraph 134 speak for themselves; as such, the allegations in Paragraph 134 require no response; to the extent a response is required, the allegations in Paragraph 134 are denied in the form and manner alleged.  Further answering, the first and last sentences of Paragraph 134 contain legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in the first and last sentences of Paragraph 134 in the manner and form alleged.

135.      The documents referenced in and relied on in Paragraph 135 speak for themselves; as such, the allegations in Paragraph 135 require no response; to the extent a response

is required, the allegations in Paragraph 135 are denied in the form and manner alleged. Further answering, Paragraph 135 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 135 in the manner and form alleged.

136. The RDLT Defendants deny the allegations in Paragraph 136. Additionally, Paragraph 136 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 136 in the form and manner alleged.

137. The document referenced in Paragraph 137 speaks for itself; as such, the allegations in Paragraph 137 require no response; to the extent a response is required, the allegations in Paragraph 137 are denied in the form and manner alleged. The RDLT Defendants deny the remaining allegations in Paragraph 137 in the form and manner alleged.

138. Paragraph 138 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in the sub-header and first sentence of Paragraph 138 in the form and manner alleged. In addition, the documents referenced in Paragraph 138 speak for themselves; as such, the remaining allegations in Paragraph 138 require no response; to the extent a response is required, the remaining allegations in Paragraph 138 are denied in the form and manner alleged.

139. Paragraph 139 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in the first sentence of Paragraph 139 in the form and manner alleged. Additionally, the document referenced in Paragraph 139 speaks for itself; as such, the remaining allegations in Paragraph 139 require no response; to the extent a response is required, the remaining allegations in Paragraph

139 are denied in the form and manner alleged.

140.     The RDLT Defendants admit that certain vendors put Steward on credit holds. However, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 140 and therefore deny them.  Further answering, the documents referenced in Paragraph 140 speak for themselves; as such, the remaining allegations in Paragraph 140 require no response; to the extent a response is required, the remaining allegations in Paragraph 140 are denied in the form and manner alleged.

141.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first, second, third, and fourth sentences of Paragraph 141 and therefore deny them.  In addition, the document referenced in Paragraph 141 speaks for itself; as such, the remaining allegations in Paragraph 141 require no response; to the extent a response is required, the remaining allegations in Paragraph 141 are denied in the form and manner alleged.

142.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first and second sentences of Paragraph 142, and therefore deny them.  Additionally, the document referenced in Paragraph 142 speaks for itself; as such, the remaining allegations in Paragraph 142 require no response; to the extent a response is required, the remaining allegations in Paragraph 142 are denied in the form and manner alleged.

143.     The documents referenced in Paragraph 143 speak for themselves; as such, the allegations in Paragraph 143 require no response; to the extent a response is required, the allegations in Paragraph 143 are denied in the form and manner alleged.  Additionally, Paragraph 143 contains legal arguments and conclusions to which no response is required.  To the extent a

response is required, the RDLT Defendants deny the remaining allegations in Paragraph 143 in the form and manner alleged.

144.     The documents relied upon in Paragraph 144 speak for themselves; as such, the allegations in Paragraph 144 require no response; to the extent a response is required, the allegations in Paragraph 144 are denied in the form and manner alleged.  Additionally, Paragraph 144 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the first sentence of Paragraph 144 in the form and manner alleged.

145.     Paragraph 145 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 145 in the form and manner alleged.

146.     The RDLT Defendants deny the allegations in Paragraph 146.

147.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 147 and therefore deny them.

148.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 148 and therefore deny them. Further answering, Paragraph 148 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 148 in the form and manner alleged.

149.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first and second sentences of Paragraph 149, and therefore deny them.  In addition, the documents referenced in Paragraph 149 speak for themselves; as such, the allegations in Paragraph 149 require no response; to the extent

27

a response is required, the allegations in Paragraph 149 are denied in the form and manner alleged. Further answering, Paragraph 149 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 149 in the form and manner alleged.

150. The document referenced in Paragraph 150 speaks for itself; as such, the allegations in the first and second sentences of Paragraph 150 require no response; to the extent a response is required, the allegations in the first and second sentences of Paragraph 150 are denied in the form and manner alleged. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 150 and therefore deny them.

151. The RDLT Defendants deny the allegations in Paragraph 151 in the form and manner alleged.

152. The RDLT Defendants deny the allegations in Paragraph 152 in the form and manner alleged.

153. The document referenced in Paragraph 153 speaks for itself; as such, the allegations in Paragraph 153 require no response; to the extent a response is required, the allegations in Paragraph 153 are denied in the form and manner alleged.

154. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first and second sentences of Paragraph 154 and therefore deny them. In addition, the document referenced in Paragraph 154 speaks for itself; as such, the remaining allegations in Paragraph 154 require no response; to the extent a response is required, the remaining allegations in Paragraph 154 are denied in the form and manner alleged.

155.    The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first and last sentences of Paragraph 155, and therefore deny them.  The document referenced in Paragraph 155 speaks for itself; as such, the remaining allegations in Paragraph 155 require no response; to the extent a response is required, the remaining allegations in Paragraph 155 are denied in the form and manner alleged.

156.    The document referenced in Paragraph 156 speaks for itself; as such, the allegations in Paragraph 156 require no response; to the extent a response is required, the allegations in Paragraph 156 are denied in the form and manner alleged.

157.    The document referenced in Paragraph 157 speaks for itself; as such, the allegations in Paragraph 157 require no response; to the extent a response is required, the allegations in Paragraph 157 are denied in the form and manner alleged.  The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 157 and therefore deny them.

158.    The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first, second, third, and fourth sentences of Paragraph 158 and therefore deny them.  The last sentence of Paragraph 158 contains legal arguments and conclusions to which no response is a required.  To the extent a response is required, the RDLT Defendants deny the allegations in the last sentence of Paragraph 158 in the form and manner alleged.

159.    The document referenced in Paragraph 159 speaks for itself; as such, the allegations in Paragraph 159 require no response; to the extent a response is required, the allegations in Paragraph 159 are denied in the form and manner alleged.

160.    The document referenced in Paragraph 160 speaks for itself; as such, the

allegations in Paragraph 160 require no response; to the extent a response is required, the allegations in Paragraph 160 are denied in the form and manner alleged.

161.     The document referenced in Paragraph 161 speaks for itself; as such, the allegations in Paragraph 161 require no response; to the extent a response is required, the allegations in Paragraph 161 are denied in the form and manner alleged.

162.     The document referenced in Paragraph 162 speaks for itself; as such, the allegations in Paragraph 162 require no response; to the extent a response is required, the allegations in Paragraph 162 are denied in the form and manner alleged.  Further answering, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the last two sentences of Paragraph 162 and therefore deny them.

163.     Paragraph 163 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the first and second sentences of Paragraph 163 in the form and manner alleged.  Additionally, the documents referenced in Paragraph 163 speak for themselves; as such, the allegations in the third sentence of Paragraph 163 require no response; to the extent a response is required, the allegations in the third sentence Paragraph 163 are denied in the form and manner alleged.  Finally, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the last two sentences of Paragraph 163 and therefore deny them.

164.     The RDLT Defendants deny the allegations in the third sentence of Paragraph 164.  In addition, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the last sentence of Paragraph 164 and therefore deny them.  Finally, the documents referenced in Paragraph 164 speak for themselves; as such, the

remaining allegations in Paragraph 164 require no response; to the extent a response is required, the remaining allegations in Paragraph 164 are denied in the form and manner alleged.

165.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 165.  In addition, the document referenced in Paragraph 165 speaks for itself; as such, the remaining allegations in Paragraph 165 require no response; to the extent a response is required, the remaining allegations in Paragraph 165 are denied in the form and manner alleged.

166.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first two sentences of Paragraph 166 and therefore deny them.  The RDLT Defendants deny the allegations in last sentence of Paragraph 166.

167.     The document referenced in Paragraph 167 speaks for itself; as such, the allegations in Paragraph 167 require no response; to the extent a response is required, the allegations in Paragraph 167 are denied in the form and manner alleged.

168.     The RDLT Defendants deny the allegations in Paragraph 168 in the form and manner alleged.

169.     The document referenced in Paragraph 169 speaks for itself; as such, the allegations in the first and second sentences of Paragraph 169 require no response; to the extent a response is required, the allegations in the first and second sentences of Paragraph 169 are denied in the form and manner alleged.  The RDLT Defendants deny the remaining allegations in Paragraph 169 in the form and manner alleged.

170.     The document referenced in Paragraph 170 speaks for itself; as such, the allegations in Paragraph 170 require no response; to the extent a response is required, the allegations in Paragraph 170 are denied in the form and manner alleged.

171.     The document referenced in Paragraph 171 speaks for itself; as such, the allegations in Paragraph 171 require no response; to the extent a response is required, the allegations in Paragraph 171 are denied in the form and manner alleged.

172.     The RDLT Defendants deny the allegations in Paragraph 172.

173.     The RDLT Defendants currently lack knowledge or information to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 173 and therefore deny them.   In addition, the document referenced in Paragraph 173 speaks for itself; as such, the remaining allegations in Paragraph 173 require no response; to the extent a response is required, the remaining allegations in Paragraph 173 are denied in the form and manner alleged.

174.     The RDLT Defendants currently lack knowledge or information to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 174 and therefore deny them.   In addition, the document referenced in Paragraph 174 speaks for itself; as such, the remaining allegations in Paragraph 174 require no response; to the extent a response is required, the remaining allegations in Paragraph 174 are denied in the form and manner alleged.

175.     The RDLT Defendants currently lack knowledge or information to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 175 and therefore deny them.   The document referenced in Paragraph 175 speaks for itself; as such, the allegations in Paragraph 175 require no response; to the extent a response is required, the allegations in Paragraph 175 are denied in the form and manner alleged.

176.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 176 and therefore deny them.   In addition, the documents referenced in Paragraph 176 speak for themselves; as such, the remaining allegations in Paragraph 176 require no response; to the extent

a response is required, the remaining allegations in Paragraph 176 are denied in the form and manner alleged.

177.    The document referenced in Paragraph 177 speaks for itself; as such, the allegations in Paragraph 177 require no response; to the extent a response is required, the allegations in Paragraph 177 are denied in the form and manner alleged.

178.    The RDLT Defendants deny the allegations in the fourth sentence of Paragraph 178 in the form and manner alleged.  In addition, the documents referenced in Paragraph 178 speak for themselves; as such, the remaining allegations in Paragraph 178 require no response; to the extent a response is required, the remaining allegations in Paragraph 178 are denied in the form and manner alleged.

179.    The documents referenced in Paragraph 179 speak for themselves; as such, the allegations in Paragraph 179 require no response; to the extent a response is required, the allegations in Paragraph 179 are denied in the form and manner alleged.

180.    The document referenced in Paragraph 180 speaks for itself; as such, the allegations in the first, second, and third sentences of Paragraph 180 require no response; to the extent a response is required, the  allegations in the first, second, and third sentences of Paragraph 180 are denied in the form and manner alleged.  In addition, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the fourth sentence of Paragraph 180 and therefore deny them.

181.    The document referenced in Paragraph 181 speaks for itself; as such, the allegations in Paragraph 181 require no response; to the extent a response is required, the allegations in Paragraph 181 are denied in the form and manner alleged.

182.    The document referenced in Paragraph 182 speaks for itself; as such, the

allegations in Paragraph 182 require no response; to the extent a response is required, the allegations in Paragraph 182 are denied in the form and manner alleged.

183.    The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first, second, third, and last sentences of Paragraph 183 and therefore deny them.   In addition, the document referenced in Paragraph 183 speaks for itself; as such, the allegations in the fourth sentence of Paragraph 183 require no response; to the extent a response is required, the allegations in the fourth sentence of Paragraph 183 are denied in the form and manner alleged.

184.    The document referenced in Paragraph 184 speaks for itself; as such, the allegations in the first two sentences of Paragraph 184 require no response; to the extent a response is required, the allegations in the first two sentences of Paragraph 184 are denied in the form and manner alleged.  The RDLT Defendants deny the allegations in the third sentence of Paragraph 184 in the form and manner alleged.

185.    The RDLT Defendants deny the allegations in the third sentence of Paragraph 185.   In addition, the document referenced in Paragraph 185 speaks for itself; as such, the remaining allegations in Paragraph 185 require no response; to the extent a response is required, remaining allegations in Paragraph 185 are denied in the form and manner alleged.

186.    The RDLT Defendants deny the allegations in the first two sentences of Paragraph 186.  In addition, the document referenced in Paragraph 186 speaks for itself; as such, the allegations in Paragraph 186 require no response; to the extent a response is required, the remaining allegations in Paragraph 186 are denied in the form and manner alleged.

187.    The RDLT Defendants deny the allegations in the last two sentences of Paragraph 187.  In addition, the documents referenced in Paragraph 187 speak for themselves; as

such the allegations in Paragraph 187 require no response; to the extent a response is required, the allegations in Paragraph 187 are denied in the form and manner alleged.

188.     Paragraph 188 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 188 in the form and manner alleged.

189.     The document referenced in Paragraph 189 speaks for itself; as such the allegations in the first and second sentence of Paragraph 189 require no response; to the extent a response is required, the allegations in the first and second sentence of Paragraph 189 are denied in the form and manner alleged.   In addition, the RDLT Defendants deny the allegations in the last sentence of Paragraph 189.

190.     Paragraph 190 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 190 in the form and manner alleged.

191.     The documents relied upon in Paragraph 191 speak for themselves; as such the allegations in Paragraph 191 require no response; to the extent a response is required, the allegations in Paragraph 191 are denied in the form and manner alleged.

192.     The documents relied upon in Paragraph 192 speak for themselves; as such, the allegations in the first and second sentences of Paragraph 192 require no response; to the extent a response is required, the allegations in the first and second sentences of Paragraph 192 are denied in the form and manner alleged.  The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the last two sentences of Paragraph 192 and therefore deny them.

193.     The documents referenced in Paragraph 193 speak for themselves; as such, the

allegations in Paragraph 193 require no response; to the extent a response is required, the allegations in Paragraph 193 are denied in the form and manner alleged.

194.    The RDLT Defendants deny the allegations in the last sentence in Paragraph 194. In addition, the documents referenced in Paragraph 194 speak for themselves; as such, the remaining allegations in Paragraph 194 require no response; to the extent a response is required, the remaining allegations in Paragraph 194 are denied in the form and manner alleged.

195.    The RDLT Defendants deny the allegations in the last two sentences of Paragraph 195. In addition, the document referenced in Paragraph 195 speaks for itself; as such, the remaining allegations in Paragraph 195 require no response; to the extent a response is required, the remaining allegations in Paragraph 195 are denied in the form and manner alleged.

196.    The RDLT Defendants deny the allegations in the fourth sentence of Paragraph 196 in the form and manner alleged. In addition, the documents relied upon in Paragraph 196 speak for themselves; as such, the remaining allegations in Paragraph 196 require no response; to the extent a response is required, the remaining allegations (including the diagram) in Paragraph 196 are denied in the form and manner alleged.

197.    The documents relied upon in Paragraph 197 speak for themselves; as such, the allegations in Paragraph 197 require no response; to the extent a response is required, the allegations in Paragraph 197 are denied in the form and manner alleged.

198.    Paragraph 198 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 198 in the form and manner alleged. Further answering, the documents relied on in Paragraph 198 speak for themselves; as such, the allegations in Paragraph 198 require no response; to the extent a response is required, the allegations in Paragraph 198 are denied in the form and

36

manner alleged.

199.    The RDLT Defendants deny the allegations in the second sentence of Paragraph 199. The documents referenced in Paragraph 199 speak for themselves; as such, the remaining allegations in Paragraph 199 require no response; to the extent a response is required, the remaining allegations in Paragraph 199 are denied in the form and manner alleged.

200.    The RDLT Defendants deny the allegations in the first sentence of Paragraph 200. In addition, the documents referenced in Paragraph 200 speak for themselves; as such, the remaining allegations in Paragraph 200 require no response; to the extent a response is required, the remaining allegations in Paragraph 200 are denied in the form and manner alleged.

201.    The RDLT Defendants deny the allegations in the first two sentences of Paragraph 201. In addition, the documents relied upon in Paragraph 201 speak for themselves; as such, the remaining allegations in Paragraph 201 require no response; to the extent a response is required, the remaining allegations in Paragraph 201 are denied in the form and manner alleged.

202.    The documents referenced in Paragraph 202 speak for themselves; as such, the allegations in Paragraph 202 require no response; to the extent a response is required, the allegations in Paragraph 202 are denied in the form and manner alleged.

203.    The RDLT Defendants deny the allegations in Paragraph 203 in the form and manner alleged.  Further answering, the documents relied on in Paragraph 203 speak for themselves; as such, the allegations in Paragraph 203 require no response; to the extent a response is required, the allegations in Paragraph 203 are denied in the form and manner alleged.

204.    The RDLT Defendants deny the allegations in the first sentence of Paragraph 204. The documents relied on in Paragraph 204 speak for themselves; as such, the remaining allegations in Paragraph 204 require no response; to the extent a response is required, the remaining

allegations in Paragraph 204 are denied in the form and manner alleged.

205. The documents relied upon in Paragraph 205 speak for themselves; as such, the allegations in Paragraph 205 require no response; to the extent a response is required, the allegations in Paragraph 205 are denied in the form and manner alleged.

206. The RDLT Defendants deny the allegations in the first sentence of Paragraph 206. In addition, the documents referenced in Paragraph 206 speak for themselves; as such, the remaining allegations in Paragraph 206 require no response; to the extent a response is required, the remaining allegations in Paragraph 206 are denied in the form and manner alleged.

207. The document referenced in Paragraph 207 speaks for itself; as such, the allegations in Paragraph 207 require no response; to the extent a response is required, the allegations in Paragraph 207 are denied in the form and manner alleged.

208. The document referenced in Paragraph 208 speaks for itself; as such, the allegations in Paragraph 208 require no response; to the extent a response is required, the allegations in Paragraph 208 are denied in the form and manner alleged. Further answering, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 208 and therefore deny them.

209. The document referenced in Paragraph 209 speaks for itself; as such, the allegations in Paragraph 209 require no response; to the extent a response is required, the allegations in Paragraph 209 are denied in the form and manner alleged.

210. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 210 and therefore deny them.

211. The document referenced in Paragraph 211 speaks for itself; as such, the allegations in Paragraph 211 require no response; to the extent a response is required, allegations

38

in Paragraph 211 are denied in the form and manner alleged.  Further answering, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 211 and therefore deny them.

212.     The documents relied upon in Paragraph 212 speak for themselves; as such, the allegations in Paragraph 212 require no response; to the extent a response is required, the allegations in Paragraph 212 are denied in the form and manner alleged.

213.     The document referenced in Paragraph 213 speaks for itself; as such, the allegations in the last two sentences of Paragraph 213 require no response; to the extent a response is required, the allegations in the last two sentences of Paragraph 213 are denied in the form and manner alleged.  The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 213 and therefore deny them.

214.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 214 and therefore deny them.

215.     The RDLT Defendants deny allegations in the first sentence of Paragraph 215. In addition, the documents referenced in Paragraph 215 speak for themselves; as such, the remaining allegations in  Paragraph 215 require no response; to the extent a response is required, the remaining allegations in Paragraph 215 are denied in the form and manner alleged.  In addition, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remainder of the allegations in Paragraph 215 and therefore deny them.

216.     The RDLT Defendants deny the allegations in Paragraph 216.

217.     The RDLT Defendants deny the allegations in Paragraph 217.

218.     The documents relied on in Paragraph 218 speak for themselves; as such the

allegations in Paragraph 218 require no response; to the extent a response is required, the allegations in the first four sentences of Paragraph 218 are denied in the form and manner alleged. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth of the last sentence in Paragraph 218 and therefore deny it.

219.    The documents referenced in Paragraph 219 speak for themselves; as such, the allegations in Paragraph 219 require no response; to the extent a response is required, the allegations in Paragraph 219 are denied in the form and manner alleged.

220.    The RDLT Defendants deny the allegations in the first and last sentences of Paragraph 220.  In addition, the documents referenced in Paragraph 220 speak for themselves; as such, the remaining allegations in Paragraph 220 require no response; to the extent a response is required, the remaining allegations in Paragraph 220 are denied in the form and manner alleged.

221.    The documents referenced in Paragraph 221 speak for themselves; as such, the allegations in Paragraph 221 require no response; to the extent a response is required, the allegations in Paragraph 221 are denied in the form and manner alleged.  The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the last sentence of Paragraph 221 and therefore deny them.

222.    The RDLT Defendants deny the allegations in the first sentence of Paragraph 222.  In addition, the documents referenced in Paragraph 222 speak for themselves; as such, the remaining allegations in Paragraph 222 require no response; to the extent a response is required, the remaining allegations in Paragraph 222 are denied in the form and manner alleged.

223.    The RDLT Defendants deny the allegations in Paragraph 223.

224.    The RDLT Defendants deny the allegations in the first sentence of Paragraph 224.  In addition, the documents referenced in Paragraph 224 speak for themselves; as such, the

remaining allegations in Paragraph 224 require no response; to the extent a response is required, the remaining allegations in Paragraph 224 are denied in the form and manner alleged.

225.     The RDLT Defendants deny the allegations in the first four sentences of Paragraph 225. In addition, the document referenced in Paragraph 225 speaks for itself; as such, the allegations in the last sentence of Paragraph 225 require no response; to the extent a response is required, the allegations in the last sentence of Paragraph 225 are denied in the form and manner alleged.

226.     The document referenced in Paragraph 226 speaks for itself; as such, the allegations in Paragraph 226 require no response; to the extent a response is required, the allegations in Paragraph 226 are denied in the form and manner alleged.

227.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first two sentences of Paragraph 227 and therefore deny them. In addition, the document referenced in Paragraph 227 speaks for itself; as such, the remaining allegations in Paragraph 227 require no response; to the extent a response is required, the remaining allegations in Paragraph 227 are denied in the form and manner alleged.

228.     The document referenced in Paragraph 228 speaks for itself; as such, the allegations in Paragraph 228 require no response; to the extent a response is required, the allegations in Paragraph 228 are denied in the form and manner alleged.

229.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 229. In addition, the document referenced in Paragraph 229 speaks for itself; as such, the remaining allegations in Paragraph 229 require no response; to the extent a response is required, the remaining allegations in Paragraph 229 are denied in the form and manner alleged.

230.     The documents relied upon in Paragraph 230 speak for themselves; as such, the

allegations in Paragraph 230 require no response; to the extent a response is required, the allegations in Paragraph 230 are denied in the form and manner alleged.

231.    The RDLT Defendants deny the allegations in the first sentence of Paragraph 231. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the second sentence of Paragraph 231, and therefore deny them. In addition, the document referred to in Paragraph 231 speaks for itself; as such, the remaining allegations in Paragraph 231 require no response; to the extent a response is required, the remaining allegations in Paragraph 231 are denied in the form and manner alleged.

232.    The RDLT Defendants deny the allegations in the second sentence of Paragraph 232 in the form and manner alleged. The document referenced in Paragraph 232 speaks for itself; as such, the allegations in Paragraph 232 require no response; to the extent a response is required, the remaining allegations in Paragraph 232 are denied in the form and manner alleged.

233.    The RDLT Defendants admit the last sentence of Paragraph 233. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first two sentences of Paragraph 233 and therefore deny them.

234.    The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the Paragraph 234 and therefore deny them.

235.    The bank records relied on in Paragraph 235 speak for themselves; as such, the allegations in Paragraph 235 require no response; to the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 235 in the form and manner alleged.

236.    The RDLT Defendants deny the allegations in the first, third, and fourth sentences of Paragraph 236 in the form and manner alleged. In addition, the document referenced

42

in Paragraph 236 which speaks for itself; as such, the remaining allegations in Paragraph 236 require no response; to the extent a response is required, the remaining allegations in Paragraph 236 are denied in the form and manner alleged.

237. The first sentence of Paragraph 237 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in the first sentence of Paragraph 237 in the form and manner alleged. In addition, documents referenced in Paragraph 237 speak for themselves; as such, the remaining allegations in Paragraph 237 require no response; to the extent a response is required, the remaining allegations in Paragraph 237 are denied in the form and manner alleged.

238. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 238 and therefore deny them. The RDLT Defendants deny the allegations in the fourth sentence of Paragraph 238. In addition, the documents referenced in Paragraph 238 speak for themselves; as such, the remaining allegations in Paragraph 238 require no response; to the extent a response is required, the remaining allegations in Paragraph 238 are denied in the form and manner alleged.

239. The documents referenced in Paragraph 239 speak for themselves; as such, the allegations in Paragraph 239 require no response; to the extent a response is required, the allegations in Paragraph 239 are denied in the form and manner alleged.

240. The documents referenced in Paragraph 240 speak for themselves; as such, the allegations in Paragraph 240 require no response; to the extent a response is required, the allegations in Paragraph 240 are denied in the form and manner alleged.

241. The RDLT Defendants deny the allegations in Paragraph 241 in the form and manner alleged.

242.     The RDLT Defendants deny the allegations in Paragraph 242 in the form and manner alleged.

243.     The sub-header and first sentence of Paragraph 243 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the sub-header and first sentence of Paragraph 243 in the form and manner alleged.  In addition, the documents referenced in Paragraph 243 speak for themselves; as such, the remaining allegations in Paragraph 243 require no response; to the extent a response is required, the remaining allegations in Paragraph 243 are denied in the form and manner alleged.

244.     The documents referenced in Paragraph 244 speak for themselves; as such, the allegations in Paragraph 244 require no response; to the extent a response is required, the allegations in Paragraph 244 are denied in the form and manner alleged.

245.     The RDLT Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the second sentence of Paragraph 245 and therefore deny them.  Otherwise, Paragraph 245 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the sub-header, first sentence, and last sentence of Paragraph 245 in the form and manner alleged.  In addition, the documents referenced in Paragraph 245 speak for themselves; as such, the remaining allegations in Paragraph 245 require no response; to the extent a response is required, the remaining allegations in Paragraph 245 are denied in the form and manner alleged.

246.     The RDLT Defendants deny the allegations in the subheader, first sentence, and second sentence of Paragraph 246.  In addition, the documents relied upon in Paragraph 246 speak for themselves; as such, the remaining allegations in Paragraph 246 require no response; to the extent a response is required, the remaining allegations in Paragraph 246 are denied in the form

and manner alleged.

247. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the second sentence of Paragraph 247, and therefore deny them. In addition, Paragraph 247 appears to rely upon documents that speak for themselves; as such, the remaining allegations in Paragraph 247 require no response; to the extent a response is required, the remaining allegations in Paragraph 247 are denied in the form and manner alleged.

248. The documents referenced in Paragraph 248 speak for themselves; as such, the allegations in Paragraph 248 require no response; to the extent a response is required, the allegations in Paragraph 248 are denied in the form and manner alleged. Otherwise, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 248 and therefore deny them.

249. The RDLT Defendants deny the allegations in the last sentence of Paragraph 249. In addition, Paragraph 249 appears to rely upon certain public statements that speak for themselves; as such, the remaining allegations in Paragraph 249 require no response; to the extent a response is required, the remaining allegations in Paragraph 249 are denied in the form and manner alleged.

250. The RDLT Defendants admit that the Tenet Transaction closed on June 16, 2021. The RDLT Defendants deny the remaining allegations in Paragraph 250 in the form and manner alleged.

251. The documents relied upon in Paragraph 251 speak for themselves; as such, the allegations in Paragraph 251 require no response; to the extent a response is required, the allegations in Paragraph 251 are denied in the form and manner alleged.

252.     The document referenced in Paragraph 252 speaks for itself; as such, the allegations in Paragraph 252 require no response; to the extent a response is required, the allegations in Paragraph 252 are denied in the form and manner alleged.

253.     The document referenced in Paragraph 253 speaks for itself; as such, the allegations in Paragraph 253 require no response; to the extent a response is required, the allegations in Paragraph 253 are denied in the form and manner alleged.

254.     The document referenced in Paragraph 254 speaks for itself; as such, the allegations in Paragraph 254 require no response; to the extent a response is required, the allegations in Paragraph 254 are denied in the form and manner alleged.

255.     The RDLT Defendants deny the allegations in Paragraph 255 in the form and manner alleged.

256.     The documents referenced in Paragraph 256 speak for themselves; as such, the allegations in Paragraph 256 require no response; to the extent a response is required, the allegations in Paragraph 256 are denied in the form and manner alleged.  Further answering, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 256 and therefore deny them.

257.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 257.  In addition, the documents referenced in Paragraph 257 speak for themselves; as such, the remaining allegations in Paragraph 257 require no response; to the extent a response is required, the remaining allegations in Paragraph 257 are denied in the form and manner alleged.  Further answering, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 257 and therefore deny them.

258.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 258. In addition, the document referenced in Paragraph 258 speaks for itself; as such the remaining allegations in Paragraph 258 require no response; to the extent a response is required, the remaining allegations in Paragraph 258 are denied in the form and manner alleged.

259.     The RDLT Defendants deny the allegations in Paragraph 259 in the form and manner alleged.

260.     The financial documents relied upon in Paragraph 260 speak for themselves; as such, the allegations in Paragraph 260 require no response; to the extent a response is required, the allegations in Paragraph 260 are denied in the form and manner alleged.

261.     The RDLT Defendants deny the allegations in the first and last sentences of Paragraph 261. In addition, the documents relied upon in Paragraph 261 speak for themselves; as such, the remaining allegations in Paragraph 261 require no response; to the extent a response is required, the remaining allegations in Paragraph 261 are denied in the form and manner alleged.

262.     The RDLT Defendants deny the allegations in Paragraph 262 in the form and manner alleged.

263.     The RDLT Defendants admit the allegations in the third sentence of Paragraph 263. In addition, the documents relied upon in Paragraph 263 speak for themselves; as such, the remaining allegations in Paragraph 263 require no response; to the extent a response is required, the remaining allegations in Paragraph 263 are denied in the form and manner alleged.

264.     The document relied upon in the last sentence of Paragraph 264 speaks for itself; as such, the allegations in the last sentence of Paragraph 264 require no response; to the extent a response is required, the allegations in last sentence of Paragraph 264 are denied in the form and manner alleged. The RDLT Defendants deny the remaining allegations in Paragraph

264 in the form and manner alleged.

265.	The RDLT Defendants deny the allegations in the first and second sentences of Paragraph 265.  In addition, the financial documents relied upon in Paragraph 265 speak for themselves; as such the remaining allegations in Paragraph 265 require no response; to the extent a response is required, the remaining allegations in Paragraph 265 are denied in the form and manner alleged.

266.	The RDLT Defendants deny the allegations in Paragraph 266 in the form and manner alleged.

267.	The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 267 and therefore deny them.

268.	The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 268 and therefore deny them.

269.	The RDLT Defendants deny the allegations in Paragraph 269 in the form and manner alleged.

270.	Paragraph 270 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 270 in the form and manner alleged.

271.	The RDLT Defendants deny the allegations in Paragraph 271.

272.	Paragraph 272 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 272 in the form and manner alleged.

273.	Paragraph 273 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the

sub-header of the Paragraph 273 in the form and manner alleged.  In addition, the financial documents relied upon in Paragraph 273 speak for themselves; as such the remaining allegations in Paragraph 273 require no response; to the extent a response is required, the remaining allegations in Paragraph 273 are denied in the form and manner alleged.

274.    Paragraph 274 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the sub-header of Paragraph 274.  In addition, the financial documents relied upon in Paragraph 274 speak for themselves; as such, the remaining allegations in Paragraph 274 require no response; to the extent a response is required, the remaining allegations in Paragraph 274 are denied in the form and manner alleged.

275.    Paragraph 275 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the sub-header of Paragraph 275 in the form and manner alleged.  In addition, the financial documents relied upon in Paragraph 275 speak for themselves; as such, the remaining allegations in Paragraph 275 require no response; to the extent a response is required, the remaining allegations in Paragraph 275 are denied in the form and manner alleged.  Further answering, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 275 and therefore deny them.

276.    The documents relied upon in Paragraph 276 speak for themselves; as such, the allegations in Paragraph 276 require no response; to the extent a response is required, the allegations in Paragraph 276 are denied in the form and manner alleged.  Further answering, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 276 and therefore deny them.

277.     The pleadings relied upon in Paragraph 277 speak for themselves; as such, the allegations in Paragraph 277 require no response; to the extent a response is required, the allegations in Paragraph 277 are denied in the form and manner alleged.  Further answering, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 277 and therefore deny them.

278.     The RDLT Defendants deny the allegations in Paragraph 278.

279.     The RDLT Defendants deny the allegations in Paragraph 279 in the form and manner alleged.  The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth of the allegations in the last sentence of Paragraph 279 and therefore deny them.

280.     The RDLT Defendants deny the allegations in Paragraph 280 in the form and manner alleged.

281.     The RDLT Defendants deny the allegations in Paragraph 281 in the form and manner alleged.

282.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 282.  In addition, the documents relied upon in Paragraph 282 speak for themselves; as such, the remaining allegations in Paragraph 282 require no response; to the extent a response is required, the remaining allegations in Paragraph 282 are denied in the form and manner alleged.

283.     The RDLT Defendants deny the allegations in the first sentence of Paragraph 283.  In addition, the documents relied upon in Paragraph 283 speak for themselves; as such, the remaining allegations in Paragraph 283 require no response; to the extent a response is required, the remaining allegations in Paragraph 283 and the related Exhibit F are denied in the form and manner alleged.

284.　　The RDLT Defendants deny the allegations in Paragraph 284 in the form and manner alleged.

285.　　The documents referenced in Paragraph 285 speak for themselves; as such, the allegations in Paragraph 285 require no response; to the extent a response is required, the allegations in Paragraph 285 are denied in the form and manner alleged.

286.　　The documents referenced in Paragraph 286 speak for themselves; as such, the allegations in Paragraph 286 require no response; to the extent a response is required, the allegations in Paragraph 286 are denied in the form and manner alleged.

287.　　The RDLT Defendants deny the allegations in Paragraph 287 in the form and manner alleged.

288.　　The RDLT Defendants deny the allegations in Paragraph 288 in the form and manner alleged.

289.　　The documents referenced in Paragraph 289 speak for themselves; as such, the allegations in Paragraph 289 require no response; to the extent a response is required, the allegations in Paragraph 289 are denied in the form and manner alleged.

290.　　The documents referenced in Paragraph 290 speak for themselves; as such, the allegations in Paragraph 290 require no response; to the extent a response is required, the allegations in Paragraph 290 are denied in the form and manner alleged.

291.　　The historical trading data relied upon in Paragraph 291 speaks for itself; as such the allegations in Paragraph 291 require no response; to the extent a response is required, the allegations in Paragraph 291 are denied in the form and manner alleged.

292.　　The RDLT Defendants deny the allegations in Paragraph 292 in the form and manner alleged.

293.    The documents relied upon in Paragraph 293 speak for themselves; as such, the allegations in Paragraph 293 require no response; to the extent a response is required, the allegations in Paragraph 293 are denied in the form and manner alleged.

294.    The RDLT Defendants admit the allegations in the first sentence of Paragraph 294. The RDLT Defendants deny the remaining allegations in Paragraph 294 in the form and manner alleged.

295.    The documents relied upon in Paragraph 295 speak for themselves; as such, the allegations in Paragraph 295 require no response; to the extent a response is required, the allegations in Paragraph 295 are denied in the form and manner alleged.

296.    The documents and data relied on in Paragraph 296 speak for themselves; as such, the allegations in Paragraph 296 require no response; to the extent a response is required, the allegations in Paragraph 296 are denied in the form and manner alleged.

297.    The RDLT Defendants deny the allegations in Paragraph 297 in the form and manner alleged.

298.    Paragraph 298 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in the first and fourth sentences of Paragraph 298 in the form and manner alleged. In addition, the documents relied upon in Paragraph 298 speak for themselves; as such, the remaining allegations in Paragraph 298 require no response; to the extent a response is required, the remaining allegations in Paragraph 298 are denied in the form and manner alleged. Further answering, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 298 and therefore deny them.

299.    Paragraph 299 contains legal arguments and conclusions to which no response

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 299 in the form and manner alleged.

300.	The RDLT Defendants deny the first sentence of Paragraph 300 in the form and manner alleged.  In addition, the documents referenced in Paragraph 300 speak for themselves; as such, the remaining allegations in Paragraph 300 require no response; to the extent a response is required, the remaining allegations in Paragraph 300 are denied in the form and manner alleged.

301.	The documents referenced in Paragraph 301 speak for themselves; as such, the allegations in Paragraph 301 require no response; to the extent a response is required, the allegations in Paragraph 301 are denied in the form and manner alleged.

302.	The document referenced in Paragraph 302 speaks for itself; as such, the allegations in Paragraph 302 require no response; to the extent a response is required, the allegations in Paragraph 302 are denied in the form and manner alleged.

303.	The document referenced in Paragraph 303 speaks for itself; as such, the allegations in Paragraph 303 require no response; to the extent a response is required, the allegations in Paragraph 303 are denied in the form and manner alleged.

304.	The document referenced in Paragraph 304 speaks for itself; as such, the allegations in Paragraph 304 require no response; to the extent a response is required, the allegations in Paragraph 304 are denied in the form and manner alleged.

305.	The RDLT Defendants deny the allegations in Paragraph 305 in the form and manner alleged.

306.	Paragraph 306 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 306 in the form and manner alleged.

307.     The document referenced in Paragraph 307 speaks for itself; as such, the allegations in Paragraph 307 require no response; to the extent a response is required, the allegations in Paragraph 307 are denied in the form and manner alleged.

308.     Paragraph 308 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 308 in the form and manner alleged.

309.     Paragraph 309 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 309 in the form and manner alleged.

310.     The RDLT Defendants admit the allegations in first, second, and fourth sentences of Paragraph 310.  The RDLT Defendants deny the allegations in the third sentence of Paragraph 310.

311.      The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 311 and therefore deny them.

312.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 312 and therefore deny them in the form and manner alleged.

313.     The RDLT Defendants deny the allegations in the first and second sentences of Paragraph 313.  In addition, the document referenced in Paragraph 313 speaks for itself; as such, the allegations in Paragraph 313 require no response; to the extent a response is required, the allegations in Paragraph 313 are denied in the form and manner alleged.

314.     The RDLT Defendants deny the allegations the first and third sentences of Paragraph 314.  In addition, the documents referenced in Paragraph 314 speak for themselves; as

such, the allegations in Paragraph 314 require no response; to the extent a response is required, the allegations in Paragraph 314 are denied in the form and manner alleged.

315. The RDLT Defendants deny the allegations in Paragraph 315.

316. The RDLT Defendants deny the allegations in Paragraph 316 in the form and manner alleged.

317. The document referenced in Paragraph 317 speaks for itself; as such, the allegations in Paragraph 317 require no response; to the extent a response is required, the allegations in Paragraph 317 are denied in the form and manner alleged.

318. The RDLT Defendants deny the allegations in the last sentence of Paragraph 318. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the remainder of the allegations in Paragraph 318 and therefore deny them.

319. The documents relied upon in Paragraph 319 speak for themselves; as such, the allegations in Paragraph 319 require no response; to the extent a response is required, the allegations in Paragraph 319 are denied in the form and manner alleged.

320. The RDLT Defendants deny the allegations in Paragraph 320.

321. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 321 and therefore deny them. In addition, the documents relied upon in Paragraph 321 speak for themselves; as such, the remaining allegations in Paragraph 321 require no response; to the extent a response is required, the remaining allegations in Paragraph 321 are denied in the form and manner alleged.

322. The RDLT Defendants deny the allegations in Paragraph 322.

323. The RDLT Defendants currently lack knowledge or information sufficient to

form a belief as to the remainder of the allegations in Paragraph 323 and therefore deny them.

324. The document referenced in Paragraph 324 speaks for itself; as such, the allegations in Paragraph 324 require no response; to the extent a response is required, the allegations in Paragraph 324 are denied in the form and manner alleged.

325. The RDLT Defendants deny allegations in Paragraph 325 in the form and manner alleged.

326. The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 326 and therefore deny them.

327. Paragraph 327 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 327 in the form and manner alleged.

328. Paragraph 328 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in the fourth sentence of Paragraph 328 in the form and manner alleged. The RDLT Defendants deny the remaining allegations in Paragraph 328 in the form and manner alleged.

329. The RDLT Defendants admit that Steward retained Weil in January of 2024. The documents relied upon in Paragraph 329 speak for themselves; as such, the remaining allegations in Paragraph 329 require no response; to the extent a response is required, the remaining allegations in Paragraph 329 are denied in the form and manner alleged.

330. The documents relied upon in Paragraph 330 speak for themselves; as such, the allegations in Paragraph 330 require no response; to the extent a response is required, the allegations in Paragraph 330 are denied in the form and manner alleged.

331. The RDLT Defendants currently lack knowledge or information sufficient to

form a belief as to the truth or falsity of the allegations in the first and second sentences of Paragraph 331 and therefore deny them.  The RDLT Defendants deny the allegations in the last sentence of Paragraph 331.

332.    The RDLT Defendants deny the allegations in Paragraph 332.

333.    The RDLT Defendants deny the allegations in Paragraph 333.

334.    The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first sentence of Paragraph 334 and therefore deny them.  In addition, the RDLT Defendants deny the allegations in the second sentence of Paragraph 334.

335.    The RDLT Defendants admit the allegations in Paragraph 335.

336.    The documents referenced in Paragraph 336 speak for themselves; as such, the allegations in Paragraph 336 require no response; to the extent a response is required, the allegations in Paragraph 336 are denied in the form and manner alleged.

## CAUSES OF ACTION

### Count 1: Avoidance and recovery of the 2016 Dividend as actual fraudulent transfers

**(11 U.S.C. §§ 544(b), 550(a)(1), and Mass. Gen. Laws ch. 109A, §§ 5(a)(1), and 8, or in the alternative, Tex. Bus. & Com. Code §§ 24.005(a)(1) and 24.008)**

**(against de la Torre, Rich, Callum, Shetty, and Karam)**

337.    The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

338.    Paragraph 338 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 338 in the form and manner alleged.

339.    Paragraph 339 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in

Paragraph 339 in the form and manner alleged.

340.     Paragraph 340 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 340 in the form and manner alleged.

341.      Paragraph 341 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 341 in the form and manner alleged.

342.     Paragraph 342 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 342 in the form and manner alleged.

343.     Paragraph 343 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 343 in the form and manner alleged.

344.     Paragraph 344 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 344 in the form and manner alleged.

345.     Paragraph 345 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 345 in the form and manner alleged.

346.     Paragraph 346 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 346 in the form and manner alleged.

347.     Paragraph 347 contains legal arguments and conclusions to which no response

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 347 in the form and manner alleged.

348.    Paragraph 348 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 348 in the form and manner alleged.

349.    The RDLT Defendants admit the allegations in the third sentence of Paragraph 349.  The first sentence of Paragraph 349 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in first sentence of Paragraph 349 in the form and manner alleged.  Otherwise, the documents relied upon in Paragraph 349 speak for themselves; as such, the remaining allegations in Paragraph 349 require no response; to the extent a response is required, the remaining allegations in Paragraph 349 are denied in the form and manner alleged.

350.    The RDLT Defendants deny the allegations in the second sentence of Paragraph 350 in the form and manner alleged.  In addition, the first sentence of Paragraph 350 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the first sentence Paragraph 350 in the form and manner alleged.  Finally, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 350 and therefore deny them.

351.    Paragraph 351 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 351 in the form and manner alleged.

352.    Paragraph 352 contains legal arguments and conclusions to which no response

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 352 in the form and manner alleged.

353.    Paragraph 353 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 353 in the form and manner alleged.

354.    The documents relied upon in Paragraph 354 speak for themselves; as such, the allegations in Paragraph 354 require no response; to the extent a response is required, the allegations in Paragraph 354 are denied in the form and manner alleged.

355.    The RDLT Defendants deny the allegations in the first sentence of Paragraph 355.  In addition,  Paragraph 355 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 355 in the form and manner alleged.

**Count 2: Avoidance and recovery of the 2016 Dividend as constructive fraudulent transfers**

**(11 U.S.C. §§ 544(b), 550(a)(1), and Mass. Gen. Laws ch. 109A, §§ 5(a)(2), 6(a), and 8, or in the alternative, Tex. Bus. & Com. Code §§ 24.005(a)(2), 25.006, and 24.008)**

**(against de la Torre, Rich, Callum, Shetty, and Karam)**

356.    The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

357.    Paragraph 357 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 357 in the form and manner alleged.

358.    Paragraph 358 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 358 in the form and manner alleged.

359.     Paragraph 359 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 359 in the form and manner alleged.

360.     Paragraph 360 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 360 in the form and manner alleged.

361.     Paragraph 361 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 361 in the form and manner alleged.

**Count Three: Breach of fiduciary duties relating to the 2016 Transaction and 2016 Dividend**

**(against de la Torre, Rich, and Karam)**

362.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

363.     The RDLT Defendants admit that Dr. de la Torre and Mr. Karam were members of the SHC System Board at the time of the 2016 Dividend.  In addition, Paragraph 363 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 363 in the form and manner alleged.

364.     Paragraph 364 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 364 in the form and manner alleged.

365.     Paragraph 365 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the

61

allegations in Paragraph 365 in the form and manner alleged.

366.     The RDLT Defendants deny the allegations in Paragraph 366.

367.     The RDLT Defendants deny the allegations in Paragraph 367.

368.     The document referenced in Paragraph 368 speaks for itself; as such, the allegations in the third and fourth sentences of Paragraph 368 require no response; to the extent a response is required, the allegations in the third and fourth sentences of Paragraph 368 are denied in the form and manner alleged.   The RDLT Defendants deny the remaining allegations in Paragraph 368 in the form and manner alleged.

369.     Paragraph 369 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 369 in the form and manner alleged.

370.     Paragraph 370 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 370 in the form and manner alleged.

371.     The RDLT Defendants deny the allegations in Paragraph 371.

372.     Paragraph 372 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 372 in the form and manner alleged.

373.     Paragraph 373 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 373 in the form and manner alleged.

**Count Four:  Avoidance and recovery of the Rich 2016 Bonus Payment as an actual fraudulent transfer**

**(11 U.S.C. §§ 544(b), 550(a)(1), and Mass. Gen Laws ch. 109A, §§ 5(a)(1), and 8, or in the alternative, Tex. Bus. & Com. Code §§ 240.005(a)(1) and 24.008)**

**(against Rich)**

374.    The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

375.    The RDLT Defendants deny the allegations in the final sentence of Paragraph 375.  The RDLT Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 375 and therefore deny them in the form and manner alleged.

376.    The RDLT Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 376 and therefore deny them.

377.    Paragraph 377 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 377 in the form and manner alleged.

378.    Paragraph 378 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 378 in the form and manner alleged.

379.    Paragraph 379 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 379 in the form and manner alleged.

380.    Paragraph 380 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 380 in the form and manner alleged.

381.     Paragraph 381 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 381 in the form and manner alleged.

382.     Paragraph 382 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 382 in the form and manner alleged.

383.     Paragraph 383 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 383 in the form and manner alleged.

**Count Five: Avoidance and recovery of the Rich 2016 Bonus Payment as a constructive fraudulent transfer**

**(11 U.S.C. §§ 544(b), 550(a)(1), and Mass. Gen. Laws ch. 109A, §§ 5(a)(2), 6(a), and 8, or in the alternative, Tex. Bus. & Com. Code §§ 24.005(a)(2), 25.006, and 24.008)**

**(against Rich)**

384.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

385.     The RDLT Defendants deny the allegations in the first and last sentences of Paragraph 385.  The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the second sentence of Paragraph 385 and therefore deny them.

386.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the remainder of Paragraph 386, and therefore deny them.

387.     Paragraph 387 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in

Paragraph 387 in the form and manner alleged.

388.     Paragraph 388 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 388 in the form and manner alleged.

389.      Paragraph 389 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 389 in the form and manner alleged.

390.     Paragraph 390 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 390 in the form and manner alleged.

391.     Paragraph 391 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 391 in the form and manner alleged.

392.     Paragraph 392 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 392 in the form and manner alleged.

## Count Six: Breach of fiduciary duties relating to the May 2020 Transactions

### (against de la Torre and Karam)

393.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

394.     The RDLT Defendants admit that Dr. de la Torre and Mr. Karam were members of the SHC System Board at the time of the May 2020 Transactions.  The remainder of Paragraph 394 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 394 in

65

the form and manner alleged.

395.     The first sentence of Paragraph 395 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 395 in the form and manner alleged.

396.     Paragraph 396 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 396 in the form and manner alleged.

397.     The RDLT Defendants deny the allegations in the last sentence of Paragraph 397.  The remainder of Paragraph 397 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 397 in the form and manner alleged.

398.     Paragraph 398 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 398 in the form and manner alleged.

399.     Paragraph 399 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 399 in the form and manner alleged.

### Count Seven: Avoidance and recovery of the 2021 Dividend Transfer as an actual fraudulent transfer

### (11 U.S.C. §§ 544(b), 550(a)(1), and Tex. Bus. & Com. Code §§ 24.005(a)(1) and 24.008, or other applicable state law)

### (against SHC Investors)

400.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

401.     The document referenced in the first sentence of Paragraph 401 speaks for

itself; as such, the allegations in Paragraph 401 require no response; to the extent a response is required, the allegations in Paragraph 401 are denied in the form and manner alleged. The second sentence of Paragraph 401 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in the second sentence of Paragraph 401 in the form and manner alleged.

402. Paragraph 402 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 402 in the form and manner alleged.

403. Paragraph 403 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 403 in the form and manner alleged.

404. Paragraph 404 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 404 in the form and manner alleged.

405. The RDLT Defendants deny the allegations in Paragraph 405.

406. The RDLT Defendants deny the allegations in Paragraph 406.

407. Paragraph 407 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 407 in the form and manner alleged.

408. Paragraph 408 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 408 in the form and manner alleged.

409. Paragraph 409 contains legal arguments and conclusions to which no response

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 409 in the form and manner alleged.

410.     Paragraph 410 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 410 in the form and manner alleged.

411.     Paragraph 411 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 411 in the form and manner alleged.

## Count Eight: Avoidance and recovery of the 2021 Dividend Transfer as a constructive fraudulent transfer

### (11 U.S.C. §§ 544(b), 550(a)(1), and Tex. Bus. & Com. Code §§ 24.005(a)(2) and 24.008 or other applicable state law)

### (against SHC Investors)

412.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

413.     Paragraph 413 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 413 in the form and manner alleged.

414.     Paragraph 414 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 414 in the form and manner alleged.

415.     Paragraph 415 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 415 in the form dond manner alleged.

68

416.     Paragraph 416 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 416 in the form and manner alleged.

417.     Paragraph 417 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 417 in the form and manner alleged.

**Count Nine: Recovery of Subsequent Transfers arising from the 2021 Dividend Transfer
(11 U.S.C. § 550(a)(2))**

**(against de la Torre, Callum, Shetty, Karam, Steward International, Mullet II Ltd., Mullet
II LLC, 5326 Old Buena Vista Road LLC, and Sebriel LLC)**

418.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

419.     Paragraph 419 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 419 in the form and manner alleged.

420.     Paragraph 420 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 420 in the form and manner alleged.

421.     Paragraph 421 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 421 in the form and manner alleged.

422.     The bank statements relied on in the first sentence of Paragraph 422 speak for themselves; as such, the allegations in the first sentence of Paragraph 422 require no response; to the extent a response is required, the allegations in the first sentence of Paragraph 422 are denied

in the form and manner alleged.  The remainder of Paragraph 422 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 422 in the form and manner alleged.

423.    The bank statements relied on in the first sentence of Paragraph 423 speak for themselves; as such, the allegations in Paragraph 423 require no response; to the extent a response is required, the allegations in Paragraph 423 are denied in the form and manner alleged.  The remainder of Paragraph 423 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 423.

424.    The bank statements relied on in Paragraph 424 speak for themselves; as such, the allegations in Paragraph 424 require no response; to the extent a response is required, the allegations in Paragraph 424 are denied in the form and manner alleged.

425.    The bank statements relied on in the first sentence of Paragraph 425 speak for themselves; as such, the allegations in Paragraph 425 require no response; to the extent a response is required, the allegations in Paragraph 425 are denied in the form and manner alleged.  The remainder of Paragraph 425 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 425 in the form and manner alleged.

426.    The bank statements relied on in the first sentence of Paragraph 426 speak for themselves; as such, the allegations in Paragraph 426 require no response; to the extent a response is required, the allegations in Paragraph 426 are denied in the form and manner alleged.

427.    The bank statements relied on in the first sentence of Paragraph 427 speak for themselves; as such, the allegations in Paragraph 427 require no response; to the extent a response

is required, the allegations in Paragraph 427 are denied in the form and manner alleged.

428.     Paragraph 428 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 428 in the form and manner alleged.

429.     Paragraph 429 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 429 in the form and manner alleged.

430.     Paragraph 430 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 430 in the form and manner alleged.

431.     Paragraph 431 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 431 in the form and manner alleged.

432.     Paragraph 432 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 432 in the form and manner alleged.

433.     Paragraph 433 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 433 in the form and manner alleged.

434.     Paragraph 434 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 434 in the form and manner alleged.

**Count Ten: Breach of fiduciary duties for the $111 Million Distribution and for leaving SHC System undercapitalized and insolvent**

**(against de la Torre, Callum, and Karam)**

435.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

436.     The RDLT Defendants admit that Dr. de la Torre, Dr. Callum, and Mr. Karam served as board members at the time of the 2021 distribution.  The remainder of Paragraph 436 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 436 in the form and manner alleged.

437.     The RDLT Defendants admit that Dr. de la Torre and Dr. Callum were officers of SHC System.  The remainder of Paragraph 437 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the remaining allegations in Paragraph 437 in the form and manner alleged.

438.     Paragraph 438 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 438 in the form and manner alleged.

439.     Paragraph 439 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 439 in the form and manner alleged.

440.     Paragraph 440 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 440 in the form and manner alleged.

441.     Paragraph 441 contains legal arguments and conclusions to which no response

72

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 441 in the form and manner alleged.

442.	Paragraph 442 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 442 in the form and manner alleged.

443.	Paragraph 443 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 443 in the form and manner alleged.

444.	The RDLT Defendants deny the allegations in Paragraph 444 in the form and manner alleged.

445.	Paragraph 445 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 445 in the form and manner alleged.

446.	Paragraph 446 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 446 in the form and manner alleged.

447.	Paragraph 447 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 447 in the form and manner alleged.

448.	Paragraph 448 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 448 in the form and manner alleged.

449.	Paragraph 449 contains legal arguments and conclusions to which no response

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 449 in the form and manner alleged.

### Count Eleven: Tortious interference with contract for the $111 Million Distribution

### (against de la Torre)

450.    The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

451.    The documents relied upon in Paragraph 451 speak for themselves; as such, the allegations in Paragraph 451 require no response; to the extent a response is required, the allegations in Paragraph 451 are denied in the form and manner alleged.

452.    Paragraph 452 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 452 in the form and manner alleged.

453.    Paragraph 453 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 453 in the form and manner alleged.

454.    Paragraph 454 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 454 in the form and manner alleged.

455.    Paragraph 455 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 455 in the form and manner alleged.

456.    Paragraph 456 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in

Paragraph 456 in the form and manner alleged.

457.     Paragraph 457 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 457 in the form and manner alleged.

458.     Paragraph 458 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 458 in the form and manner alleged.

459.     The RDLT Defendants deny the allegations in Paragraph 459 in the form and manner alleged.

460.     Paragraph 460 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 460 in the form and manner alleged.

**Count Twelve: Avoidance and recovery of the Tenet Payment as a constructive fraudulent transfer**

**(11 U.S.C. §§ 544(b), 550(a)(1), and Tex. Bus. & Com. Code §§ 24.005(a)(2), 25.006, and 24.008, or other applicable state law)**
**(against Tenet)**

461.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

462.     The documents relied upon in Paragraph 462 speak for themselves; as such, the allegations in Paragraph 462 require no response; to the extent a response is required, the allegations in Paragraph 462 are denied in the form and manner alleged.

463.     Paragraph 463 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 463 in the form and manner alleged.

464.     Paragraph 464 contains legal arguments and conclusions to which no response

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 464 in the form and manner alleged.

465.     Paragraph 465 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 465 in the form and manner alleged.

466.     Paragraph 466 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 466 in the form and manner alleged.

467.     Paragraph 467 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 467 in the form and manner alleged.

468.     Paragraph 468 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 468 in the form and manner alleged.

469.     Paragraph 469 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 469 in the form and manner alleged.

### Count Thirteen: Breach of fiduciary duties relating to the Tenet Transaction

**(against de la Torre)**

470.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

471.     Paragraph 471 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in

Paragraph 471 in the form and manner alleged.

472. Paragraph 472 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 472 in the form and manner alleged.

473. Paragraph 473 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 473 in the form and manner alleged.

### Count Fourteen: Disallowance of the Tenet Claims (11 U.S.C. § 502(d))

**(against Tenet)**

474. The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

475. The documents referenced in Paragraph 475 speak for themselves; as such, the allegations in Paragraph 475 require no response; to the extent a response is required, the allegations Paragraph 475 are denied in the form and manner alleged.

476. Paragraph 476 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 476 in the form and manner alleged.

477. Paragraph 477 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 477 in the form and manner alleged.

### Count Fifteen: Avoidance and recovery of the VBC Asset Transfer as an actual fraudulent transfer

**(11 U.S.C. § 548(a)(1)(A) and 550(a)(1))**
**(against Sparta Holding)**

478. The RDLT Defendants repeat their responses to each preceding paragraph as if

fully set forth herein.

479. Paragraph 479 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 479 in the form and manner alleged.

480. Paragraph 480 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 480 in the form and manner alleged.

481. Paragraph 481 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 481 in the form and manner alleged.

482. Paragraph 482 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 482 in the form and manner alleged.

483. Paragraph 483 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 483 in the form and manner alleged.

484. Paragraph 484 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 484 in the form and manner alleged.

485. Paragraph 485 contains legal arguments and conclusions to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 485 in the form and manner alleged.

486. Paragraph 486 contains legal arguments and conclusions to which no

response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 486 in the form and manner alleged.

487.     Paragraph 487 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 487 in the form and manner alleged.

488.     Paragraph 488 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 488 in the form and manner alleged.

489.     Paragraph 489 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 489 in the form and manner alleged.

**Count Sixteen: Avoidance and recovery of the VBC Asset Transfer as a constructive fraudulent transfer**

**(11 U.S.C. § 548(a)(1)(B) and 550(a)(1))**
**(against Sparta Holding)**

490.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

491.     Paragraph 491 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 491 in the form and manner alleged.

492.     Paragraph 492 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 492 in the form and manner alleged.

493.     Paragraph 493 contains legal arguments and conclusions to which no

response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 493 in the form and manner alleged.

494.        Paragraph 494 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 494 in the form and manner alleged.

495.        Paragraph 495 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 495 in the form and manner alleged.

### Count Seventeen: Avoidance and recovery of the CareMax Stock Transfer as an actual fraudulent transfer

**(11 U.S.C. § 548(a)(1)(A) and 550(a)(1))**
**(against Sparta Holding)**

496.        The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

497.        Paragraph 497 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 497 in the form and manner alleged.

498.        Paragraph 498 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 498 in the form and manner alleged.

499.        Paragraph 499 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 499 in the form and manner alleged.

500.        Paragraph 500 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the

allegations in Paragraph 500 in the form and manner alleged.

501.     Paragraph 501 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 501 in the form and manner alleged.

502.     Paragraph 502 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 502 in the form and manner alleged.

503.     Paragraph 503 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 503 in the form and manner alleged.

504.     Paragraph 504 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 504 in the form and manner alleged.

505.     Paragraph 505 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 505 in the form and manner alleged.

506.     Paragraph 506 contains legal arguments and conclusions to which no response is required.   To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 506 in the form and manner alleged.

**Count Eighteen: Avoidance and recovery of the CareMax Stock Transfer as a constructive fraudulent transfer**

**(11 U.S.C. § 548(a)(1)(B) and 550(a)(1))**

**(against Sparta Holding)**

507.     The RDLT Defendants repeat their responses to each preceding paragraph as if

fully set forth herein.

508.     Paragraph 508 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 508 in the form and manner alleged.

509.     Paragraph 509 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 509 in the form and manner alleged.

510.     Paragraph 510 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 510 in the form and manner alleged.

511.     Paragraph 511 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 511 in the form and manner alleged.

512.     Paragraph 512 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 512 in the form and manner alleged.

**Count Nineteen: Recovery of Subsequent Transfers arising from the CareMax Stock Transfer**

**(11 U.S.C. § 550(a)(2))**
**(against SHC Investors, RDLT-SHCI Investor, de la Torre, Callum, Shetty, and Karam)**

513.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

514.     Paragraph 514 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in

82

Paragraph 514 in the form and manner alleged.

515.     The documents and data referenced in Paragraph 515 speak for themselves; as such, the allegations in Paragraph 515 require no response; to the extent a response is required, the allegations in Paragraph 515 are denied in the form and manner alleged.

516.     Paragraph 516 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 516 in the form and manner alleged.

517.     Paragraph 517 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 517 in the form and manner alleged.

## Count Twenty: Breach of fiduciary duties relating to the VBC Asset Transfer and CareMax Stock Transfer

### (against de la Torre, Callum, and Shetty)

518.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

519.     Paragraph 519 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 519 in the form and manner alleged.

520.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the first, second and third sentences of Paragraph 520, and therefore deny them.  The last sentence of Paragraph 520 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the last sentence of Paragraph 520 in the form and manner alleged.

521.     The RDLT Defendants admit the allegations in the first sentence of Paragraph 521. The second sentence of Paragraph 521 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in the second sentence of Paragraph 521 in the form and manner alleged.

522.     Paragraph 522 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 522 in the form and manner alleged.

523.     Paragraph 523 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 523 in the form and manner alleged.

524.     Paragraph 524 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 524 in the form and manner alleged.

525.     Paragraph 525 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 525 in the form and manner alleged.

526.     Paragraph 526 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 526 in the form and manner alleged.

527.     Paragraph 527 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 527 in the form and manner alleged.

528.     Paragraph 528 contains legal arguments and conclusions to which no response

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 528 in the form and manner alleged.

529.     Paragraph 529 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 529 in the form and manner alleged.

530.     Paragraph 530 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 530 in the form and manner alleged.

531.     Paragraph 531 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 531 in the form and manner alleged.

532.     Paragraph 532 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 532 in the form and manner alleged.

533.     Paragraph 533 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 533 in the form and manner alleged.

### Count Twenty-One: Breach of Contract – Note Obligation

#### (against de la Torre)

534.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

535.     Paragraph 535 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in

Paragraph 535 in the form and manner alleged.

536.     Paragraph 536 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 536 in the form and manner alleged.

537.     Paragraph 537 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 537 in the form and manner alleged.

538.     Paragraph 538 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 538 in the form and manner alleged.

539.     Paragraph 539 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 539 in the form and manner alleged.

540.     Paragraph 540 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 540 in the form and manner alleged.

541.     Paragraph 541 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 541 in the form and manner alleged.

### Count Twenty-Two:  Breach of Contract – Note Obligation

### (against Callum)

542.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

543.     Paragraph 543 contains legal arguments and conclusions to which no response

86

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 543 in the form and manner alleged.

544.     Paragraph 544 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 544 in the form and manner alleged.

545.     Paragraph 545 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 545 in the form and manner alleged.

546.     Paragraph 546 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 546 in the form and manner alleged.

547.     Paragraph 547 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 547 in the form and manner alleged.

548.     Paragraph 548 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 548 in the form and manner alleged.

549.     Paragraph 549 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 549 in the form and manner alleged.

**Count Twenty-Three:  Breach of fiduciary duties owed to SHC System related to TRACO**

**(against de la Torre, Callum, and Karam)**

550.     The RDLT Defendants repeat their responses to each preceding paragraph as if

fully set forth herein.

551.     The RDLT Defendants deny the allegations in Paragraph 551 in the form and manner alleged.

552.     Paragraph 552 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 552 in the form and manner alleged.

553.     Paragraph 553 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 553 in the form and manner alleged.

554.     Paragraph 554 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 554 in the form and manner alleged.

555.     Paragraph 555 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 555 in the form and manner alleged.

### Count Twenty-Four:  Avoidance and recovery of the Rich 2023 Bonus Payment as a preferential transfer

**(11 U.S.C. §§ 547, 550)**
**(against Rich)**

556.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

557.     The RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 557 and therefore deny them.

558.     Paragraph 558 contains legal arguments and conclusions to which no response

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 558 in the form and manner alleged.

559.     Paragraph 559 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 559 in the form and manner alleged.

560.     Paragraph 560 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 560 in the form and manner alleged.

561.     Paragraph 561 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 561 in the form and manner alleged.

562.     Paragraph 562 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 562 in the form and manner alleged.

563.     Paragraph 563 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 563 in the form and manner alleged.

564.     Paragraph 564 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 564 in the form and manner alleged.

565.     Paragraph 565 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 565 in the form and manner alleged.

566.     Paragraph 566 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 566 in the form and manner alleged.

**Count Twenty-Five:  Avoidance and recovery of the Rich 2023 Bonus Payment as an actual fraudulent transfer**

**(11 U.S.C. § 548(a)(1)(A) and 550(a)(1))**
**(against Rich)**

567.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

568.     Paragraph 568 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 568 in the form and manner alleged.

569.     Paragraph 569 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 569 in the form and manner alleged.

570.     Paragraph 570 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 570 in the form and manner alleged.

571.     Paragraph 571 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 571 in the form and manner alleged.

572.     Paragraph 572 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 572 in the form and manner alleged.

90

573.     Paragraph 573 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 573 in the form and manner alleged.

574.     Paragraph 574 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 574 in the form and manner alleged.

### Count Twenty-Six:  Avoidance and recovery of the Rich 2023 Bonus Payment as a constructive fraudulent transfer

### (11 U.S.C. § 548(a)(1)(B) and 550(a)(1))

### (against Rich)

575.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

576.     Paragraph 576 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 576 in the form and manner alleged.

577.     The documents relied on in Paragraph 577 speak for themselves; as such, the allegations in Paragraph 577 require no response; to the extent a response is required, the allegations in Paragraph 577 are denied in the form and manner alleged .  Further answering, the RDLT Defendants currently lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 577 and therefore deny them.

578.     Paragraph 578 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 578 in the form and manner alleged.

579.     Paragraph 579 contains legal arguments and conclusions to which no response

91

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 579 in the form and manner alleged.

580.     Paragraph 580 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 580 in the form and manner alleged.

581.     Paragraph 581 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 581 in the form and manner alleged.

### Count Twenty-Seven:  Breach of fiduciary duties owed to SHC System related to self-dealing and corporate waste

### (against de la Torre)

582.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

583.     Paragraph 583 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 583 in the form and manner alleged.

584.     The RDLT Defendants deny the allegations in Paragraph 584 in the form and manner alleged.

585.     The RDLT Defendants deny the allegations in Paragraph 585 in the form and manner alleged.

586.     The RDLT Defendants deny the allegations in Paragraph 586 in the form and manner alleged.

587.     The RDLT Defendants deny the allegations in Paragraph 587 in the form and manner alleged.

588.     The RDLT Defendants deny the allegations in Paragraph 588 in the form and manner alleged.

589.     The RDLT Defendants deny the allegations in Paragraph 589 in the form and manner alleged.

590.     Paragraph 590 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 590 in the form and manner alleged.

591.     Paragraph 591 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 591 in the form and manner alleged.

### Count Twenty-Eight:  Substantive Consolidation

592.     The RDLT Defendants repeat their responses to each preceding paragraph as if fully set forth herein.

593.     Paragraph 593 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 593 in the form and manner alleged.

594.     Paragraph 594 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 594 in the form and manner alleged.

595.      Paragraph 595 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 595 in the form and manner alleged.

596.     Paragraph 596 contains legal arguments and conclusions to which no response

is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 596 in the form and manner alleged.

597.     Paragraph 597 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 597 in the form and manner alleged.

598.     Paragraph 598 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 598 in the form and manner alleged.

599.     Paragraph 599 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 599 in the form and manner alleged.

600.     Paragraph 600 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 600 in the form and manner alleged.

601.     Paragraph 601 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 601 in the form and manner alleged.

602.     Paragraph 602 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 602 in the form and manner alleged.

603.     Paragraph 603 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, the RDLT Defendants deny the allegations in Paragraph 603 in the form and manner alleged.

604. The remaining Paragraphs of the Trustee's Amended Complaint consist of prayers for relief, to which no response is required. To the extent a response is required, the RDLT Defendants deny the allegations in the Trustee's prayers for relief.

**AFFIRMATIVE DEFENSES[6]**

The RDLT Defendants reserve the right to rely on all affirmative defenses to the Trustee's claims available to them under applicable law, including, but not limited to, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of Texas, and 11 U.S.C. § 101 et seq.  The RDLT Defendants also expressly reserve the right to amend, withdraw, supplement, modify, or plead additional affirmative defenses and other defenses should such defenses be revealed by any discovery in this case or at trial.  The RDLT Defendants assert the following defenses, without assuming the burden to prove which properly falls on the Trustee:

1.  The Trustee's claims, and each purported cause of action contained therein, are barred based on lack of subject matter jurisdiction, including due to the applicable statute of repose.

2.  The Trustee's claims, and each purported cause of action contained therein, fail to state a claim upon which relief can be granted.

3.  The Trustee's claims, and each purported cause of action contained therein, are time barred according to the applicable statutes of limitations and/or statutes of repose.

4.  The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, by the doctrine of laches.

5.  The Trustee's claims, and each purported cause of action contained therein, are precluded, in whole or in part, pursuant to the doctrines of collateral estoppel and/or res judicata.

6.  The Trustee's claims, and each purported cause of action contained therein, are barred,

---

[6]  For the avoidance of doubt, the references in these Affirmative Defenses to the Trustee may also be read as references the Debtor Plaintiffs interchangeably and, where applicable, the creditors on whose behalf the Trustee purports to bring claims.

in whole or in part, by the doctrine of mootness.

7. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, by the doctrines of waiver, release, or estoppel.

8. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, by the Trustee's lack of the requisite standing.

9. The Trustee's claims, and each purported cause of action contained therein, are barred due to lack of injury.

10. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, due to the RDLT Defendants' conduct being privileged, justified, and/or excused by operation of law.

11. The RDLT Defendants' conduct was not the proximate cause of any damage that the Trustee allegedly suffered.

12. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, by the doctrines of ratification, approval, acquiescence, and/or consent.

13. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, because any alleged damages, which the RDLT Defendants generally and specifically deny, are speculative, because of the impossibility of ascertaining and allocating these alleged damages, and because some or all of the damages sustained by the Trustee, if any, were not caused by the RDLT Defendants, but instead were caused by the actions or omissions of other persons or entities over which Defendants had no control, which were intervening or superseding causes of damages allegedly sustained by the Trustee.

14. The Trustee's claims, and each purported cause of action contained therein, are barred,

in whole or in part, by the doctrine of *pari dilecto* and/or unclean hands.

15.   The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, by the doctrine of estoppel.

16.   The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, because it failed to join a necessary and indispensable party.

17.   The Trustee is barred from recovery in this action because any such recovery would result in unfair and unjust enrichment.

18.   The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, by the doctrine of judicial estoppel.

19.   The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, by the economic interest doctrine.

20.   The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, by the business judgment rule.

21.   The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, by the RDLT Defendants' good faith reliance on audited financial statements and professional advice from financial advisor(s).

22.   The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, because they are frivolous, brought in bad faith, brought for an improper purpose, and/or brought without reasonable inquiry.

23.   The Trustee's claims, and each purported cause of action contained therein, are barred in whole or in part, because the obligee or transferee of any obligation or transfer, as the case may be, took in good faith and conferred a benefit and/or a reasonably equivalent value and/or was a

subsequent transferee.

24. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, because the RDLT Defendants' conduct was expressly permitted or authorized under the relevant agreements.

25. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, because they are safe harbored under applicable state or federal law.

26. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, because they are exculpated, released, indemnified, and/or excused under the applicable governing documents and applicable law.

27. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, by the single satisfaction rule.

28. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, because the Trustee failed to make reasonable efforts to mitigate its alleged injury or damages that would have prevented all or part of any such alleged injury or damages.

29. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, because the Trustee, as successor to the Debtors, breached the Debtors' own pre- and post-petition contractual obligations, including but not limited to those in the Separation Agreement between Dr. de la Torre and SHC System.

30. The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, because the Trustee is neither a party nor a third-party beneficiary to the agreements at issue.

31. The Trustee's claims, and each purported cause of action contained therein, are barred,

in whole or in part, because at times relevant to the claims, the Debtors were solvent and were not rendered insolvent nor left with unreasonably small capital as a result of any alleged transfer.

32.   The Trustee's claims, and each purported cause of action contained therein, are barred, in whole or in part, because the RDLT Defendants operated in good faith and with the honest and reasonable belief that their actions were beneficial to and in the best interests of the Plaintiffs.

33.   The Trustee is not entitled to the relief requested in the Amended Complaint.

### DEMAND FOR A JURY TRIAL

The RDLT Defendants hereby demand a jury trial on all issues.

Dated: January 30, 2026

Houston, Texas

Respectfully submitted,

By: /s/ *Cameron Kelly*
Cameron Kelly
Texas Bar. No. 24120936
QUINN EMANUEL URQUHART & SULLIVAN, LLP
700 Louisiana Street, Suite 3900
Houston, TX 77002
Tel. (713) 221-7028
cameronkelly@quinnemanuel.com

-and-

Anthony Bongiorno*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel. (617) 712-7115
anthonybongiorno@quinnemanuel.com

-and-

Susheel Kirpalani*
Zachary Russell*
Kenneth Hershey*
Emma McCabe*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
Tel. (212) 849-7200
susheelkirpalani@quinnemanuel.com
zacharyrussell@quinnemanuel.com
kennethhershey@quinnemanuel.com
emmamccabe@quinnemanuel.com

*pro hac vice application pending*

*Counsel to Dr. de la Torre, Steward Health Care Investors LLC, Steward Health Care International S.L., Sparta Holding Co. LLC, Mullet II LTD., Mullet II LLC, 5326 Old Buena Vista Road LLC, Sebriel, LLC, and RDLT-SHCI Investor LLC*

101

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 30, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Cameron Kelly*
Cameron Kelly