**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**STEWARD HEALTH CARE SYSTEM LLC, et al.,**<br><br>**Debtors.**[1] | § | **Chapter 11**<br><br>**Case No. 24-90213 (CML)**<br><br>**(Jointly Administered)** |
| **MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RALPH DE LA TORRE, MICHAEL CALLUM, JAMES KARAM, MARK RICH, SANJAY SHETTY, STEWARD HEALTH CARE INVESTORS LLC, STEWARD HEALTH CARE INTERNATIONAL S.L., SPARTA HOLDING CO. LLC, MULLET II LTD., MULLET II LLC, 5326 OLD BUENA VISTA ROAD LLC, RDLT-SHCI INVESTOR LLC, TENET HEALTHCARE CORPORTATION, AND SEBRIEL LLC,**<br><br>**Defendants.** | § | **Adv. Pro. No. 25-03593 (CML)** |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF**
**KOBRE & KIM LLP AS SPECIAL LITIGATION COUNSEL TO**
**MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST**

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these Chapter 11 Cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

**PLEASE TAKE NOTICE** that Kobre & Kim LLP, special litigation counsel to Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust (the "Trustee"), hereby withdraws its appearance. Notices, pleadings, applications, motions, and any other documents served or filed in the above-captioned matter should no longer be served on:

Adam M. Lavine
Ryanne E. Perio
**Kobre & Kim LLP**
800 Third Avenue
New York, NY 10022
Telephone: +1 212 488-1200
Email: adam.lavine@kobrekim.com
ryanne.perio@kobrekim.com

-and-

Lara Levinson
**Kobre & Kim LLP**
1919 M Street, NW
800 Third Avenue
Washington, DC 20036
Telephone: +1 202 664 1900
Email: lara.levinson@kobrekim.com

**PLEASE TAKE FURTHER NOTICE** that Kobre & Kim LLP no longer represents the Trustee as special litigation counsel in the above adversary proceeding.

*[Remainder of page intentionally left blank]*

Dated: November 2, 2026
New York, NY

Respectfully submitted,

*/s/ Adam M. Lavine*
Adam M. Lavine (admitted *pro hac vice*)
Ryanne E. Perio (admitted *pro hac vice*)
**Kobre & Kim LLP**
800 Third Avenue
New York, NY 10022
Telephone: +1 212 488-1200
Email: adam.lavine@kobrekim.com
ryanne.perio@kobrekim.com

-and-

Lara Levinson (admitted *pro hac vice*)
**Kobre & Kim LLP**
1919 M Street, NW
800 Third Avenue
Washington, DC 20036
Telephone: +1 202 664 1900
Email: lara.levinson@kobrekim.com

*Special Litigation Counsel for the Trustee*

**Certificate of Service**

I hereby certify that on November 2, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Adam M. Lavine*
Adam M. Lavine